UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SHABTAI SCOTT SHATSKY, individually
and as personal representative of the Estate of
Keren Shatsky, et al.,

                Plaintiffs,

-against-

THE PALESTINE LIBERATION
ORGANIZATION and THE PALESTINIAN
AUTHORITY (a/k/a "The Palestinian Interim
Self-Government Authority" and/or "The
Palestinian National Authority),

                Defendants.
-----------------------------------------------------------X

18 CIVIL 12355 (MKV)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 18, 2022, Defendants' motion to dismiss for lack of personal jurisdiction is GRANTED. Defendants' motion for summary judgment is DENIED as moot. All outstanding motions to seal filings and strike exhibits are DENIED [ECF Nos. 137, 138, 142, 147, 158].

Dated: New York, New York

      March 21, 2022

                                                                  RUBY J. KRAJICK
                                                                   Clerk of Court
                                           BY:
                                                                   Deputy Clerk