## CA02db Intake

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Friday, May 20, 2022 2:58 PM |
| **To:** | NYSD CourtMail |
| **Subject:** | Activity in Case 1:18-cv-12355-MKV-DCF Shatsky et al v. The Palestine Liberation Organization et al Appeal Record Sent to USCA - Electronic File |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Southern District of New York

### Notice of Electronic Filing

The following transaction was entered on 5/20/2022 at 2:58 PM EDT and filed on 5/20/2022

| | |
|---|---|
| **Case Name:** | Shatsky et al v. The Palestine Liberation Organization et al |
| **Case Number:** | 1:18-cv-12355-MKV-DCF |
| **Filer:** | |
| **WARNING: CASE CLOSED on 03/21/2022** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for [181] Notice of Appeal filed by United States of America were transmitted to the U.S. Court of Appeals. (tp)**

**1:18-cv-12355-MKV-DCF Notice has been electronically mailed to:**

Robert Joseph Tolchin     rtolchin@berkmanlaw.com, cstrong@berkmanlaw.com, rtolchin@ecf.courtdrive.com

Benjamin Henry Torrance     benjamin.torrance@usdoj.gov, CaseView.ECF@usdoj.gov, USANYS.ECF@USDOJ.GOV

Mitchell Rand Berger     mitchell.berger@squirepb.com, alan.dickey@squirepb.com, alexandra.chopin@squirepb.com, docketingrequest@squirepb.com, julia-zaiser-6651@ecf.pacerpro.com, julia.zaiser@squirepb.com, mitch-berger-3122@ecf.pacerpro.com

Stephen Matthew Sinaiko     ssinaiko@cohengresser.com, autodocket@cohengresser.com, managingclerksoffice@cohengresser.com

Kent A. Yalowitz     kent.yalowitz@arnoldporter.com, anthony.boccanfuso@arnoldporter.com, ecf-

f074fe3fdfaf@ecf.pacerpro.com, edocketscalendaring@arnoldporter.com, maosdny@arnoldporter.com

Abbe David Lowell    adlowell@winston.com, abbe-lowell-7082@ecf.pacerpro.com, docketny@winston.com

Mark Stewart Cohen    mcohen@cohengresser.com, Mark-Cohen-1234@ecf.pacerpro.com, autodocket@cohengresser.com, managingclerksoffice@cohengresser.com

Oliver Scott Haker    ohaker@cohengresser.com, autodocket@cohengresser.com, managingclerksoffice@cohengresser.com

Gassan Adnan Baloul    gassan.baloul@squirepb.com, docketingrequest@squirepb.com, gassan-a-baloul-6477@ecf.pacerpro.com, julia-zaiser-6651@ecf.pacerpro.com, julia.zaiser@squirepb.com, sara-delsavio-6777@ecf.pacerpro.com

Jeffrey Fleischmann    jf@lawjf.com, jfleischman@gmail.com

Joseph Stewart Alonzo    joseph.alonzo@squirepb.com

Sofia Roa Arguello    sarguello@winston.com, sofia-arguello-3828@ecf.pacerpro.com

Ronald F. Wick    rwick@cohengresser.com, autodocket@cohengresser.com, managingclerksoffice@cohengresser.com

Eszter Agnes Vincze    Evincze@cohengresser.com, autodocket@cohengresser.com, managingclerksoffice@cohengresser.com

Melissa H Maxman    mmaxman@cohengresser.com

**1:18-cv-12355-MKV-DCF Notice has been delivered by other means to:**

CLOSED,APPEAL,CASREF,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:18–cv–12355–MKV–DCF

| | |
|---|---|
| Shatsky et al v. The Palestine Liberation Organization et al | Date Filed: 12/31/2018 |
| Assigned to: Judge Mary Kay Vyskocil | Date Terminated: 03/21/2022 |
| Referred to: Magistrate Judge Debra C. Freeman | Jury Demand: Plaintiff |
| Demand: $9,999,000 | Nature of Suit: 890 Other Statutory Actions |
| Cause: 18:2333 Civil Remedies: Anti–Terrorism Act of 1991 | Jurisdiction: Federal Question |

**Plaintiff**

**Shabtai Scott Shatsky**
*Individually*

represented by **Mark Stewart Cohen**
Cohen & Gresser, LLP (NYC)
800 Third Avenue
New York, NY 10022
(212) 957–7600
Fax: (212)957–4514
Email: mcohen@cohengresser.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Matthew Sinaiko**
Cohen & Gresser, LLP (NYC)
800 Third Avenue
New York, NY 10022
(212) 957–7600
Fax: (212) 957–4514
Email: ssinaiko@cohengresser.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abbe David Lowell**
Winston & Strawn LLP
1901 L Street NW
Washington, DC 20036
202–282–5875
Fax: 202–282–5100
Email: adlowell@winston.com
*ATTORNEY TO BE NOTICED*

**Erica Courtney Lai**
2823 11th Street NW #B
Washington
Washington, DC 20001
215–901–2650
Email: elai@cohengresser.com
*TERMINATED: 06/07/2021*

**Eszter Agnes Vincze**
Cohen & Gresser LLP
800 Third Avenue
New York, NY 10022
212–957–7600
Email: Evincze@cohengresser.com
*ATTORNEY TO BE NOTICED*

**Melissa H Maxman**
Cohen & Gresser LLP
2001 Pennsylvania Ave., NW
Ste 300
Washington, DC 20006

202–851–2070
Email: mmaxman@cohengresser.com
*ATTORNEY TO BE NOTICED*

**Oliver Scott Haker**
Cohen & Gresser, LLP (NYC)
800 Third Avenue
New York, NY 10022
(212)–957–7600
Fax: (212)–957–4514
Email: ohaker@cohengresser.com
*ATTORNEY TO BE NOTICED*

**Ronald F. Wick**
Cohen & Gresser, LLP
2001 Pennsylvania Avenue, Nw Suite 300
Suite 300
Washington, DC 20006
202–851–2070
Fax: 202–851–2081
Email: rwick@cohengresser.com
*ATTORNEY TO BE NOTICED*

**Sofia Roa Arguello**
Winston & Strawn LLP (NY)
200 Park Avenue
New York, NY 10166
(212)–294–5304
Fax: (212)–294–4700
Email: sarguello@winston.com
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
The Berkman Law Office, LLC
111 Livingston Street, Suite 1928
Brooklyn, NY 11201
718–855–3627
Email: rtolchin@berkmanlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jo Anne Shatsky**
*Individually*

represented by **Mark Stewart Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Matthew Sinaiko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abbe David Lowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erica Courtney Lai**
(See above for address)
*TERMINATED: 06/07/2021*

**Eszter Agnes Vincze**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa H Maxman**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Oliver Scott Haker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald F. Wick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sofia Roa Arguello**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tzippora Shatsky Schwarz**                represented by    **Mark Stewart Cohen**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Stephen Matthew Sinaiko**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Abbe David Lowell**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Erica Courtney Lai**
                                                              (See above for address)
                                                              *TERMINATED: 06/07/2021*

                                                              **Eszter Agnes Vincze**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Melissa H Maxman**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Oliver Scott Haker**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Ronald F. Wick**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Sofia Roa Arguello**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Robert Joseph Tolchin**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yoseph Shatsky**                          represented by

**Mark Stewart Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Matthew Sinaiko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abbe David Lowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erica Courtney Lai**
(See above for address)
*TERMINATED: 06/07/2021*

**Eszter Agnes Vincze**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa H Maxman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Oliver Scott Haker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald F. Wick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sofia Roa Arguello**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Sara Shatsky Tzimmerman      represented by    **Mark Stewart Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Matthew Sinaiko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abbe David Lowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erica Courtney Lai**
(See above for address)
*TERMINATED: 06/07/2021*

**Eszter Agnes Vincze**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa H Maxman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Oliver Scott Haker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald F. Wick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sofia Roa Arguello**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Miriam Shatsky**                    represented by **Mark Stewart Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Matthew Sinaiko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abbe David Lowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erica Courtney Lai**
(See above for address)
*TERMINATED: 06/07/2021*

**Eszter Agnes Vincze**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa H Maxman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Oliver Scott Haker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald F. Wick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sofia Roa Arguello**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Raphael Shatsky**                    represented by  **Mark Stewart Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Matthew Sinaiko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abbe David Lowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erica Courtney Lai**
(See above for address)
*TERMINATED: 06/07/2021*

**Eszter Agnes Vincze**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa H Maxman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Oliver Scott Haker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald F. Wick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sofia Roa Arguello**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ginette Lando Thaler**                    represented by  **Mark Stewart Cohen**
*Individually*                                            (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Matthew Sinaiko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abbe David Lowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erica Courtney Lai**
(See above for address)
*TERMINATED: 06/07/2021*

**Ronald F. Wick**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Sofia Roa Arguello**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Thaler**
*Individually*

represented by

**Mark Stewart Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Matthew Sinaiko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abbe David Lowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erica Courtney Lai**
(See above for address)
*TERMINATED: 06/07/2021*

**Eszter Agnes Vincze**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa H Maxman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald F. Wick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sofia Roa Arguello**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leor Thaler**

represented by

**Mark Stewart Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Matthew Sinaiko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abbe David Lowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erica Courtney Lai**
(See above for address)
*TERMINATED: 06/07/2021*

**Eszter Agnes Vincze**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa H Maxman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Oliver Scott Haker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald F. Wick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sofia Roa Arguello**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Zvi Thaler                     represented by **Mark Stewart Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Matthew Sinaiko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abbe David Lowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erica Courtney Lai**
(See above for address)
*TERMINATED: 06/07/2021*

**Eszter Agnes Vincze**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa H Maxman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Oliver Scott Haker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald F. Wick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sofia Roa Arguello**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Isaac Thaler**                                    represented by **Mark Stewart Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Matthew Sinaiko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abbe David Lowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erica Courtney Lai**
(See above for address)
*TERMINATED: 06/07/2021*

**Eszter Agnes Vincze**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa H Maxman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Oliver Scott Haker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald F. Wick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sofia Roa Arguello**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Hillel Trattner**                                 represented by **Mark Stewart Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Matthew Sinaiko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abbe David Lowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erica Courtney Lai**
(See above for address)
*TERMINATED: 06/07/2021*

**Eszter Agnes Vincze**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa H Maxman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Oliver Scott Haker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald F. Wick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sofia Roa Arguello**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronit Trattner**                        represented by   **Mark Stewart Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Matthew Sinaiko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abbe David Lowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erica Courtney Lai**
(See above for address)
*TERMINATED: 06/07/2021*

**Eszter Agnes Vincze**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa H Maxman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Oliver Scott Haker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald F. Wick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sofia Roa Arguello**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aron S. Trattner**                    represented by    **Mark Stewart Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Matthew Sinaiko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abbe David Lowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erica Courtney Lai**
(See above for address)
*TERMINATED: 06/07/2021*

**Eszter Agnes Vincze**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa H Maxman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Oliver Scott Haker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald F. Wick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sofia Roa Arguello**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shelley Trattner**                    represented by    **Mark Stewart Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Matthew Sinaiko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abbe David Lowell**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Erica Courtney Lai**
(See above for address)
*TERMINATED: 06/07/2021*

**Eszter Agnes Vincze**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa H Maxman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Oliver Scott Haker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald F. Wick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sofia Roa Arguello**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Efrat Trattner**                    represented by  **Mark Stewart Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Matthew Sinaiko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abbe David Lowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erica Courtney Lai**
(See above for address)
*TERMINATED: 06/07/2021*

**Eszter Agnes Vincze**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa H Maxman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Oliver Scott Haker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald F. Wick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sofia Roa Arguello**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Hadassa Diner                    represented by **Mark Stewart Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Matthew Sinaiko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abbe David Lowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erica Courtney Lai**
(See above for address)
*TERMINATED: 06/07/2021*

**Eszter Agnes Vincze**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa H Maxman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Oliver Scott Haker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald F. Wick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sofia Roa Arguello**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Yael Hillman                    represented by **Mark Stewart Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Matthew Sinaiko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abbe David Lowell**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Erica Courtney Lai**
(See above for address)
*TERMINATED: 06/07/2021*

**Eszter Agnes Vincze**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa H Maxman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Oliver Scott Haker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald F. Wick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sofia Roa Arguello**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Steven Braun                    represented by **Mark Stewart Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Matthew Sinaiko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abbe David Lowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erica Courtney Lai**
(See above for address)
*TERMINATED: 06/07/2021*

**Eszter Agnes Vincze**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa H Maxman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Oliver Scott Haker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald F. Wick**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Sofia Roa Arguello**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Chana Friedman**      represented by    **Mark Stewart Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Matthew Sinaiko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abbe David Lowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erica Courtney Lai**
(See above for address)
*TERMINATED: 06/07/2021*

**Eszter Agnes Vincze**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa H Maxman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Oliver Scott Haker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald F. Wick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sofia Roa Arguello**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Ilan Friedman**      represented by    **Mark Stewart Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Matthew Sinaiko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abbe David Lowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erica Courtney Lai**
(See above for address)
*TERMINATED: 06/07/2021*

**Eszter Agnes Vincze**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa H Maxman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Oliver Scott Haker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald F. Wick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sofia Roa Arguello**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Miriam Friedman**                    represented by **Mark Stewart Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Matthew Sinaiko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abbe David Lowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erica Courtney Lai**
(See above for address)
*TERMINATED: 06/07/2021*

**Eszter Agnes Vincze**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa H Maxman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Oliver Scott Haker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald F. Wick**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Sofia Roa Arguello**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yehiel Friedman**                    represented by    **Mark Stewart Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Matthew Sinaiko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abbe David Lowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erica Courtney Lai**
(See above for address)
*TERMINATED: 06/07/2021*

**Eszter Agnes Vincze**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa H Maxman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Oliver Scott Haker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald F. Wick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sofia Roa Arguello**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zvi Friedman**                    represented by    **Mark Stewart Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Matthew Sinaiko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abbe David Lowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erica Courtney Lai**
(See above for address)
*TERMINATED: 06/07/2021*

**Eszter Agnes Vincze**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa H Maxman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Oliver Scott Haker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald F. Wick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sofia Roa Arguello**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bella Friedman**                    represented by  **Mark Stewart Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Matthew Sinaiko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abbe David Lowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erica Courtney Lai**
(See above for address)
*TERMINATED: 06/07/2021*

**Eszter Agnes Vincze**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa H Maxman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Oliver Scott Haker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald F. Wick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sofia Roa Arguello**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Michael Thaler                    represented by    **Mark Stewart Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Matthew Sinaiko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abbe David Lowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erica Courtney Lai**
(See above for address)
*TERMINATED: 06/07/2021*

**Oliver Scott Haker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald F. Wick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sofia Roa Arguello**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Ginette Lando Thaler               represented by    **Mark Stewart Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Matthew Sinaiko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abbe David Lowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erica Courtney Lai**
(See above for address)

*TERMINATED: 06/07/2021*

**Eszter Agnes Vincze**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa H Maxman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Oliver Scott Haker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald F. Wick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sofia Roa Arguello**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shabtai Shatsky**                          represented by   **Mark Stewart Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Matthew Sinaiko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abbe David Lowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erica Courtney Lai**
(See above for address)
*TERMINATED: 06/07/2021*

**Ronald F. Wick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sofia Roa Arguello**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jo Ann Shatsky**                          represented by   **Mark Stewart Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Matthew Sinaiko**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abbe David Lowell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erica Courtney Lai**
(See above for address)
*TERMINATED: 06/07/2021*

**Ronald F. Wick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sofia Roa Arguello**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **The Palestine Liberation Organization** | represented by | **Gassan Adnan Baloul** |

Squire Patton Boggs (US) LLP
1211 Avenue of the Americas
Ste 26th Floor
New York, NY 10036
202–457–6155
Fax: 202–457–6315
Email: gassan.baloul@squirepb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Stewart Alonzo**
Squire Patton Boggs (US) LLP
1211 Avenue of the Americas
Ste 26th Floor
New York, NY 10036
212–872–9831
Email: joseph.alonzo@squirepb.com
*ATTORNEY TO BE NOTICED*

**Mitchell Rand Berger**
Squire Patton Boggs (US) LLP
1211 Avenue of the Americas
Ste 26th Floor
New York, NY 10036
212–872–9800
Fax: 212–872–9815
Email: mitchell.berger@squirepb.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **The Palestinian Authority** | represented by | **Gassan Adnan Baloul** |

*also known as*
The Palestinian Interim Self–Government
Authority
*also known as*

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

The Palestinian National Authority

**Joseph Stewart Alonzo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitchell Rand Berger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Arnold & Porter Kaye Scholer LLP**                    represented by    **Kent A. Yalowitz**
Arnold & Porter, LLP
250 West 55th Street
New York, NY 10019
212–836–8344
Fax: 212–836–8689
Email: kent.yalowitz@arnoldporter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Shelley Levine**

V.

**Intervenor**

**Miriam Fuld**                    represented by    **Jeffrey Fleischmann**
*individually, as personal representative*         Jeffrey Fleischmann
*and administrator of the Estate of Ari*           150 Broadway, Suite 900
*Yoel Fuld, deceased, and as natural*              New York, NY 10038
*guardian of plaintiff Natan Shai Fuld*            646–657–9623
                                                   Email: jf@lawjf.com
                                                   *ATTORNEY TO BE NOTICED*

**Intervenor**

**Natan Shai Fuld**                    represented by    **Jeffrey Fleischmann**
*minor, by his next friend and guardian*           (See above for address)
*Miriam Fuld*                                      *ATTORNEY TO BE NOTICED*

**Intervenor**

**Naomi Fuld**                    represented by    **Jeffrey Fleischmann**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Intervenor**

**Tamar Gila Fuld**                    represented by    **Jeffrey Fleischmann**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Intervenor**

**Eliezer Yakir Fuld**                    represented by    **Jeffrey Fleischmann**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Intervenor**

**United States of America**                    represented by    **Benjamin Henry Torrance**
                                                   U.S. Attorney's Office, SDNY (Chambers
                                                   Street)
                                                   86 Chambers Street
                                                   New York, NY 10007

212–637–2703
Fax: 212–637–2702
Email: benjamin.torrance@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/31/2018 | 1 | **FILING ERROR – DEFICIENT PLEADING – FILER ERROR –** COMPLAINT against THE PALESTINE LIBERATION ORGANIZATION, THE PALESTINIAN AUTHORITY. (Filing Fee $ 400.00, Receipt Number ANYSDC–16119859)Document filed by ZVI THALER, CHANA FRIEDMAN, DAVID RAPHAEL SHATSKY, BELLA FRIEDMAN, EFRAT TRATTNER, JO ANNE SHATSKY, ILAN FRIEDMAN, Shabtai Scott Shatsky, HADASSA DINER, SHELLEY TRATTNER, HILLEL TRATTNER, MIRIAM FRIEDMAN, ZVI FRIEDMAN, MIRIAM SHATSKY, TZIPPORA SHATSKY SCHWARTZ, MICHAEL THALER, ISAAC THALER, RONIT TRATTNER, ARON S TRATTNER, STEVEN BRAUN, GINETTE LANDO THALER, YOSEPH SHATSKY, YEHIEL FREIDMAN, LEOR THALER, YAEL HILLMAN, SARA SHATSKY TZIMMERMAN.(Tolchin, Robert) Modified on 1/2/2019 (sj). (Entered: 12/31/2018) |
| 12/31/2018 | 2 | CIVIL COVER SHEET filed. (Tolchin, Robert) (Entered: 12/31/2018) |
| 12/31/2018 | 3 | **FILING ERROR – DEFICIENT PLEADING – FILER ERROR –** REQUEST FOR ISSUANCE OF SUMMONS as to Palestinian Authority, re: 1 Complaint. Document filed by STEVEN BRAUN, HADASSA DINER, YEHIEL FREIDMAN, BELLA FRIEDMAN, CHANA FRIEDMAN, ILAN FRIEDMAN, MIRIAM FRIEDMAN, ZVI FRIEDMAN, YAEL HILLMAN, GINETTE LANDO THALER, DAVID RAPHAEL SHATSKY, JO ANNE SHATSKY, MIRIAM SHATSKY, YOSEPH SHATSKY, TZIPPORA SHATSKY SCHWARTZ, SARA SHATSKY TZIMMERMAN, Shabtai Scott Shatsky, ISAAC THALER, LEOR THALER, MICHAEL THALER, ZVI THALER, ARON S TRATTNER, EFRAT TRATTNER, HILLEL TRATTNER, RONIT TRATTNER, SHELLEY TRATTNER. (Tolchin, Robert) Modified on 1/2/2019 (sj). (Entered: 12/31/2018) |
| 12/31/2018 | 4 | **FILING ERROR – DEFICIENT PLEADING – FILER ERROR –** REQUEST FOR ISSUANCE OF SUMMONS as to Palestine Liberation Orgainzation, re: 1 Complaint. Document filed by STEVEN BRAUN, HADASSA DINER, YEHIEL FREIDMAN, BELLA FRIEDMAN, CHANA FRIEDMAN, ILAN FRIEDMAN, MIRIAM FRIEDMAN, ZVI FRIEDMAN, YAEL HILLMAN, GINETTE LANDO THALER, DAVID RAPHAEL SHATSKY, JO ANNE SHATSKY, MIRIAM SHATSKY, YOSEPH SHATSKY, TZIPPORA SHATSKY SCHWARTZ, SARA SHATSKY TZIMMERMAN, Shabtai Scott Shatsky, ISAAC THALER, LEOR THALER, MICHAEL THALER, ZVI THALER, ARON S TRATTNER, EFRAT TRATTNER, HILLEL TRATTNER, RONIT TRATTNER, SHELLEY TRATTNER. (Tolchin, Robert) Modified on 1/2/2019 (sj). (Entered: 12/31/2018) |
| 12/31/2018 | 5 | **FILING ERROR – DEFICIENT PLEADING – FILER ERROR –** RELATED CASE AFFIRMATION of Robert J Tolchin re: that this action be filed as related to 18–cv–12213. Document filed by STEVEN BRAUN, HADASSA DINER, YEHIEL FREIDMAN, BELLA FRIEDMAN, CHANA FRIEDMAN, ILAN FRIEDMAN, MIRIAM FRIEDMAN, ZVI FRIEDMAN, YAEL HILLMAN, GINETTE LANDO THALER, DAVID RAPHAEL SHATSKY, JO ANNE SHATSKY, MIRIAM SHATSKY, YOSEPH SHATSKY, TZIPPORA SHATSKY SCHWARTZ, SARA SHATSKY TZIMMERMAN, Shabtai Scott Shatsky, ISAAC THALER, LEOR THALER, MICHAEL THALER, ZVI THALER, ARON S TRATTNER, EFRAT TRATTNER, HILLEL TRATTNER, RONIT TRATTNER, SHELLEY TRATTNER.(Tolchin, Robert) Modified on 1/2/2019 (sj). (Entered: 12/31/2018) |
| 01/02/2019 | | **\*\*\*NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Robert Joseph Tolchin. The party information for the following party/parties has been modified: Steven Braun; Hadassa Diner; Yehiel Friedman; Bella Friedman; Chana Friedman; Ilan Friedman; Miriam Friedman; Zvi Friedman; Yael Hillman; Ginette Lando Thaler; David Raphael Shatsky; Jo** |

| | | |
|---|---|---|
| | | **Anne Shatsky; Miriam Shatsky; Yoseph Shatsky; Tzippora Shatsky Schwarz; Sara Shatsky Tzimmerman; Shabtai Scott Shatsky; Isaac Thaler; Leor Thaler; Michael Thaler; Zvi Thaler; The Palestine Liberation Organization; The Palestinian Authority; Aron S. Trattner; Efrat Trattner; Hillel Trattner; Ronit Trattner; Shelley Trattner. The information for the party/parties has been modified for the following reason/reasons: party name contained a typographical error; party name was entered in all caps; party text was omitted; alias party type was entered incorrectly. (sj)** (Entered: 01/02/2019) |
| 01/02/2019 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Robert Joseph Tolchin to RE–FILE re: Document No. 1 Complaint. The filing is deficient for the following reason(s): all of the parties listed on the pleading were not entered on CM ECF (Shabtai Scott Shatsky, Jo Anne Shatsky, Ginette Lando Thaler and Michael Thaler must be added again in their additional capacity); the wrong filer/filers were selected for the pleading due to party names being modified. Docket the event type Add Party to Pleading found under the event list Complaints and Other Initiating Documents. Re–file the pleading using the event type Complaint found under the event list Complaints and Other Initiating Documents – attach the correct signed PDF – select the individually named filer/filers – select the individually named party/parties the pleading is against. (sj)** (Entered: 01/02/2019) |
| 01/02/2019 | | **\*\*\*NOTICE TO ATTORNEY REGARDING CIVIL. CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Robert Joseph Tolchin. The following case opening statistical information was erroneously selected/entered: Cause of Action code 28:1602; Dollar Demand 2,050,000,000; County code Albany. The following correction(s) have been made to your case entry: the Cause of Action code has been modified to 18:2333; the Dollar Demand has been modified to 9,999,000; the County code has been modified to Kings. (sj)** (Entered: 01/02/2019) |
| 01/02/2019 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT RELATED CASE STATEMENT. Notice to attorney Robert Joseph Tolchin to RE–FILE Document No. 5 Statement of Relatedness. The filing is deficient for the following reason(s): the wrong filer/filers were selected for the related case statement; party names have been modified to correspond with pleading. Re–file the document using the event type Statement of Relatedness found under the event list Other Documents – select the correct filer – enter the related case number when prompted – and attach the correct PDF. (sj)** (Entered: 01/02/2019) |
| 01/02/2019 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Robert Joseph Tolchin to RE–FILE Document No. 3 Request for Issuance of Summons, 4 Request for Issuance of Summons. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the issuance of summons is not correct (clerk of court is incorrect and should not be listed); the form used for the summons is not the official A.O. Summons form; the wrong filer/filers were selected for the request for issuance of summons;. Re–file the document using the event type Request for Issuance of Summons found under the event list Service of Process – select the correct filer/filers – and attach the correct summons form PDF. (sj)** (Entered: 01/02/2019) |
| 01/02/2019 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Unassigned. (sj) (Entered: 01/02/2019) |
| 01/02/2019 | | Case Designated ECF. (sj) (Entered: 01/02/2019) |
| 01/02/2019 | | CASE REFERRED TO Judge George B. Daniels as possibly related to 1:18cv12213. (sj) (Entered: 01/02/2019) |
| 01/02/2019 | 6 | **FILING ERROR – SUMMONS REQUESTED – WRONG EVENT TYPE SELECTED FROM MENU** – REQUEST FOR ISSUANCE OF AMENDED SUMMONS as to Palestinian Authority, re: 1 Complaint,,. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler, Zvi |

| | | |
|---|---|---|
| | | Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman., REQUEST FOR ISSUANCE OF SUMMONS as to Palestinan Authority, re: 1 Complaint,,. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman. (Tolchin, Robert) Modified on 1/4/2019 (pne). (Entered: 01/02/2019) |
| 01/02/2019 | 7 | REQUEST FOR ISSUANCE OF SUMMONS as to Palestine Liberation Organization, re: 1 Complaint,,. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman. (Tolchin, Robert) (Entered: 01/02/2019) |
| 01/02/2019 | 8 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 18−cv−12213. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman.(Tolchin, Robert) (Entered: 01/02/2019) |
| 01/02/2019 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners Michael Thaler, Ginette Lando Thaler, Shabtai Shatsky, Jo Ann Shatsky added. Party added pursuant to 1 Complaint,,.Document filed by Michael Thaler, Ginette Lando Thaler, Shabtai Shatsky, Jo Ann Shatsky. Related document: 1 Complaint,,.(Tolchin, Robert) (Entered: 01/02/2019) |
| 01/02/2019 | 9 | COMPLAINT against All Defendants. Document filed by Zvi Thaler, Chana Friedman, David Raphael Shatsky, Bella Friedman, Efrat Trattner, Jo Anne Shatsky, Jo Ann Shatsky, Ilan Friedman, Shabtai Scott Shatsky, Hadassa Diner, Shelley Trattner, Hillel Trattner, Miriam Friedman, Shabtai Shatsky, Zvi Friedman, Miriam Shatsky, Tzippora Shatsky Schwarz, Michael Thaler(Individually), Isaac Thaler, Ronit Trattner, Aron S. Trattner, Steven Braun, Ginette Lando Thaler, Yoseph Shatsky, Ginette Lando Thaler, Michael Thaler, Yehiel Friedman, Leor Thaler, Yael Hillman, Sara Shatsky Tzimmerman.(Tolchin, Robert) (Entered: 01/02/2019) |
| 01/04/2019 | | CASE DECLINED AS NOT RELATED. Case referred as related to 18cv12213 and declined by Judge Louis L Stanton and returned to wheel for assignment. (wb) (Entered: 01/04/2019) |
| 01/04/2019 | | NOTICE OF CASE REASSIGNMENT to Judge Gregory H. Woods. Judge Unassigned is no longer assigned to the case. (wb) (Entered: 01/04/2019) |
| 01/04/2019 | | Magistrate Judge Debra C. Freeman is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: http://nysd.uscourts.gov/forms.php. (wb) (Entered: 01/04/2019) |
| 01/04/2019 | 10 | ELECTRONIC SUMMONS ISSUED as to The Palestine Liberation Organization. (pne) (Entered: 01/04/2019) |
| 01/04/2019 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Robert Joseph Tolchin to RE−FILE Document No. 6 Request for Issuance of Amended Summons, Request for Issuance of Summons. The filing is deficient for the following reason(s): the wrong event type was used to file the request for issuance of summons. Re−file the document using only the event type Request for Issuance of Summons found under the event list Service of Process − select the correct filer/filers − and attach |

| | | **the correct summons form PDF. (pne)** (Entered: 01/04/2019) |
|---|---|---|
| 01/24/2019 | 11 | NOTICE OF INITIAL PRETRIAL CONFERENCE: Initial Conference set for 4/17/2019 at 04:00 PM in Courtroom 12C, 500 Pearl Street, New York, NY 10007 before Judge Gregory H. Woods; and as further set forth in this Order. SO ORDERED. (Signed by Judge Gregory H. Woods on 1/24/2019) (anc) (Entered: 01/24/2019) |
| 03/05/2019 | 12 | LETTER MOTION to Stay addressed to Judge Gregory H. Woods from Robert J. Tolchin dated 3–5–2019., LETTER MOTION to Adjourn Conference addressed to Judge Gregory H. Woods from Robert J. Tolchin dated 3–5–2019. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman.(Tolchin, Robert) (Entered: 03/05/2019) |
| 03/06/2019 | 13 | ORDER granting in part 12 Letter Motion to Stay; granting in part 12 Letter Motion to Adjourn Conference. Application granted in part. This case is stayed through May 31, 2019. The initial pretrial conference scheduled for April 17, 2019 is adjourned sine die. The Court directs the parties to submit a joint status letter no later than May 20, 2019. That letter should update the Court on the status of the related cases, and should also address whether the parties consent to transferring this case to the United States District Court for the District of Columbia pursuant to 28 U.S.C. § 1404(b). The joint status letter should also provide the parties views on whether the interests of justice and other applicable factors favor transfer of this action to the District of Columbia pursuant to 28 U.S.C. § 1404. SO ORDERED. (Signed by Judge Gregory H. Woods on 3/6/2019) (anc) (Entered: 03/06/2019) |
| 03/06/2019 | | Case Stayed. (anc) (Entered: 03/06/2019) |
| 05/20/2019 | 14 | NOTICE OF APPEARANCE by Gassan Adnan Baloul on behalf of The Palestine Liberation Organization, The Palestinian Authority. (Baloul, Gassan) (Entered: 05/20/2019) |
| 05/20/2019 | 15 | NOTICE OF APPEARANCE by Mitchell Rand Berger on behalf of The Palestine Liberation Organization, The Palestinian Authority. (Berger, Mitchell) (Entered: 05/20/2019) |
| 05/20/2019 | 16 | STATUS REPORT. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman.(Tolchin, Robert) (Entered: 05/20/2019) |
| 05/21/2019 | 17 | MEMO ENDORSEMENT on re: 16 Status Report,, filed by Miriam Shatsky, Michael Thaler, Tzippora Shatsky Schwarz, Yael Hillman, Isaac Thaler, Shelley Trattner, Shabtai Shatsky, Chana Friedman, Zvi Friedman, Jo Anne Shatsky, Yoseph Shatsky, Steven Braun, Ginette Lando Thaler, Jo Ann Shatsky, Ilan Friedman, Leor Thaler, Hillel Trattner, Aron S. Trattner, Ronit Trattner, Efrat Trattner, Sara Shatsky Tzimmerman, Yehiel Friedman, Miriam Friedman, David Raphael Shatsky, Shabtai Scott Shatsky, Hadassa Diner, Bella Friedman, Zvi Thaler. ENDORSEMENT: Application granted in part. This case is stayed through August 30, 2019. The parties are directed to submit a supplemental joint status letter no later than August 22, 2019. (Signed by Judge Gregory H. Woods on 5/21/2019) (mro) (Entered: 05/21/2019) |
| 05/21/2019 | 18 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non–dispositive pretrial motions, and settlement). Referred to Magistrate Judge Debra C. Freeman. (Signed by Judge Gregory H. Woods on 5/21/2019) (mro) (Entered: 05/21/2019) |

| | | |
|---|---|---|
| 08/22/2019 | 19 | LETTER addressed to Judge Gregory H. Woods from Robert J. Tolchin dated 8–22–19 re: joint staus letter. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman.(Tolchin, Robert) (Entered: 08/22/2019) |
| 08/22/2019 | 20 | MEMO ENDORSEMENT on re: 19 Letter joint staus, filed by Miriam Shatsky, Michael Thaler, Tzippora Shatsky Schwarz, Yael Hillman, Isaac Thaler, Shelley Trattner, Shabtai Shatsky, Chana Friedman, Zvi Friedman, Jo Anne Shatsky, Yoseph Shatsky, Steven Braun, Ginette Lando Thaler, Jo Ann Shatsky, Ilan Friedman, Leor Thaler, Hillel Trattner, Aron S. Trattner, Ronit Trattner, Efrat Trattner, Sara Shatsky Tzimmerman, Yehiel Friedman, Miriam Friedman, David Raphael Shatsky, Shabtai Scott Shatsky, Hadassa Diner, Bella Friedman, Zvi Thaler. ENDORSEMENT: Application granted in part. This case is stayed through January 31, 2020. The Court directs the parties to submit a joint status letter no later than January 30, 2020. That letter should update the Court on the status of the related cases. SO ORDERED. (Signed by Judge Gregory H. Woods on 8/22/19) (yv) (Entered: 08/23/2019) |
| 01/30/2020 | 21 | STATUS REPORT. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman.(Tolchin, Robert) (Entered: 01/30/2020) |
| 02/03/2020 | 22 | MEMO ENDORSEMENT: on re: 21 Status Report filed by Miriam Shatsky, Michael Thaler, Tzippora Shatsky Schwarz, Yael Hillman, Isaac Thaler, Shelley Trattner, Shabtai Shatsky, Chana Friedman, Zvi Friedman, Jo Anne Shatsky, Yoseph Shatsky, Steven Braun, Ginette Lando Thaler, Jo Ann Shatsky, Ilan Friedman, Leor Thaler, Hillel Trattner, Aron S. Trattner, Ronit Trattner, Efrat Trattner, Sara Shatsky Tzimmerman, Yehiel Friedman, Miriam Friedman, David Raphael Shatsky, Shabtai Scott Shatsky, Hadassa Diner, Bella Friedman, Zvi Thaler. ENDORSEMENT: Application granted in part. This case is stayed through May 29, 2020. The Court directs the parties to submit a joint status letter no later than May 28, 2020. That letter should update the Court on the status of the related cases. SO ORDERED. (Signed by Judge Gregory H. Woods on 2/03/2020) (ama) (Entered: 02/03/2020) |
| 02/06/2020 | | NOTICE OF CASE REASSIGNMENT to Judge Mary Kay Vyskocil. Judge Gregory H. Woods is no longer assigned to the case..(wb) (Entered: 02/06/2020) |
| 05/27/2020 | 23 | STATUS REPORT. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman..(Tolchin, Robert) (Entered: 05/27/2020) |
| 05/29/2020 | 24 | MEMO ENDORSEMENT on re: 23 Status Report,, filed by Miriam Shatsky, Michael Thaler, Tzippora Shatsky Schwarz, Yael Hillman, Isaac Thaler, Shelley Trattner, Shabtai Shatsky, Chana Friedman, Zvi Friedman, Jo Anne Shatsky, Yoseph Shatsky, Steven Braun, Ginette Lando Thaler, Jo Ann Shatsky, Ilan Friedman, Leor Thaler, Hillel Trattner, Aron S. Trattner, Ronit Trattner, Efrat Trattner, Sara Shatsky Tzimmerman, Yehiel Friedman, Miriam Friedman, David Raphael Shatsky, Shabtai Scott Shatsky, Hadassa Diner, Bella Friedman, Zvi Thaler. ENDORSEMENT: Granted. SO ORDERED. (Signed by Judge Mary Kay Vyskocil on 5/29/2020) (rro) (Entered: 05/29/2020) |

| 06/30/2020 | 25 | NOTICE OF APPEARANCE by Stephen Matthew Sinaiko on behalf of Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman..(Sinaiko, Stephen) (Entered: 06/30/2020) |
|---|---|---|
| 06/30/2020 | 26 | NOTICE OF APPEARANCE by Mark Stewart Cohen on behalf of Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman..(Cohen, Mark) (Entered: 06/30/2020) |
| 06/30/2020 | 27 | LETTER addressed to Judge Mary Kay Vyskocil from Mark S. Cohen dated June 30, 2020 re: Providing a Status Report Pursuant to the Court's Memorandum Endorsement Dated May 29, 2020. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman..(Cohen, Mark) (Entered: 06/30/2020) |
| 07/01/2020 | 28 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU** REQUEST FOR ISSUANCE OF SUMMONS as to The Palestine Liberation Organization, re: 9 Complaint. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman.(Sinaiko, Stephen) Modified on 7/2/2020 (sj). (Entered: 07/01/2020) |
| 07/01/2020 | 29 | REQUEST FOR ISSUANCE OF SUMMONS as to The Palestinian Authority (a/k/a The Palestinian Interim Self–Government Authority and/or The Palestinian National Authority), re: 9 Complaint,.. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman..(Sinaiko, Stephen) (Entered: 07/01/2020) |
| 07/02/2020 | 30 | ELECTRONIC SUMMONS ISSUED as to The Palestinian Authority. (sj) (Entered: 07/02/2020) |
| 07/02/2020 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Stephen Matthew Sinaiko to RE–FILE Document No. 28 Request for Issuance of Summons. The filing is deficient for the following reason(s): the wrong event type was used to file the request for issuance of summons. Re–file the document using the event type Request for Issuance of Amended Summons found under the event list Service of Process – select the correct filer/filers – and attach the correct summons form PDF. (sj)** (Entered: 07/02/2020) |
| 07/02/2020 | 31 | REQUEST FOR ISSUANCE OF AMENDED SUMMONS as to The Palestine Liberation Organization, re: 9 Complaint,.. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky |

| | | |
|---|---|---|
| | | Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman..(Sinaiko, Stephen) (Entered: 07/02/2020) |
| 07/02/2020 | 32 | ELECTRONIC AMENDED SUMMONS ISSUED as to The Palestine Liberation Organization..(pne) (Entered: 07/02/2020) |
| 07/13/2020 | 33 | AFFIDAVIT OF SERVICE of Summons and Complaint,,. The Palestinian Authority served on 7/9/2020, answer due 7/30/2020. Service was accepted by Almaz Gudeta, Receptionist. Document filed by Zvi Thaler; Chana Friedman; David Raphael Shatsky; Bella Friedman; Efrat Trattner; Jo Anne Shatsky; Jo Ann Shatsky; Ilan Friedman; Shabtai Scott Shatsky; Hadassa Diner; Shelley Trattner; Hillel Trattner; Miriam Friedman; Shabtai Shatsky; Zvi Friedman; Miriam Shatsky; Tzippora Shatsky Schwarz; Michael Thaler(Individually); Isaac Thaler; Ronit Trattner; Aron S. Trattner; Steven Braun; Ginette Lando Thaler; Yoseph Shatsky; Ginette Lando Thaler; Michael Thaler; Yehiel Friedman; Leor Thaler; Yael Hillman; Sara Shatsky Tzimmerman..(Sinaiko, Stephen) (Entered: 07/13/2020) |
| 07/13/2020 | 34 | AFFIDAVIT OF SERVICE of Summons and Complaint,,. The Palestine Liberation Organization served on 7/9/2020, answer due 7/30/2020. Service was accepted by Almaz Gudeta, Receptionist. Document filed by Zvi Thaler; Chana Friedman; David Raphael Shatsky; Bella Friedman; Efrat Trattner; Jo Anne Shatsky; Jo Ann Shatsky; Ilan Friedman; Shabtai Scott Shatsky; Hadassa Diner; Shelley Trattner; Hillel Trattner; Miriam Friedman; Shabtai Shatsky; Zvi Friedman; Miriam Shatsky; Tzippora Shatsky Schwarz; Michael Thaler(Individually); Isaac Thaler; Ronit Trattner; Aron S. Trattner; Steven Braun; Ginette Lando Thaler; Yoseph Shatsky; Ginette Lando Thaler; Michael Thaler; Yehiel Friedman; Leor Thaler; Yael Hillman; Sara Shatsky Tzimmerman..(Sinaiko, Stephen) (Entered: 07/13/2020) |
| 07/13/2020 | 35 | PROPOSED STIPULATION AND ORDER. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman..(Sinaiko, Stephen) (Entered: 07/13/2020) |
| 07/13/2020 | 36 | MEMO ENDORSEMENT on re: 27 Letter,,, filed by Miriam Shatsky, Michael Thaler, Tzippora Shatsky Schwarz, Yael Hillman, Isaac Thaler, Shelley Trattner, Shabtai Shatsky, Chana Friedman, Zvi Friedman, Jo Anne Shatsky, Yoseph Shatsky, Steven Braun, Ginette Lando Thaler, Jo Ann Shatsky, Ilan Friedman, Leor Thaler, Hillel Trattner, Aron S. Trattner, Ronit Trattner, Efrat Trattner, Sara Shatsky Tzimmerman, Yehiel Friedman, Miriam Friedman, David Raphael Shatsky, Shabtai Scott Shatsky, Hadassa Diner, Bella Friedman, Zvi Thaler. ENDORSEMENT: IT IS HEREBY ORDERED that the stay of this action is lifted. Case Stay Lifted. (Signed by Judge Mary Kay Vyskocil on 7/13/2020) (jca) (Entered: 07/13/2020) |
| 07/13/2020 | 37 | STIPULATION AND ORDER: IT IS HEREBY STIPULATED AND AGREED by the parties to this action, through their undersigned counsel, as follows: 1. Plaintiffs served a summons and complaint in this action directed to each defendant as set forth in the proofs of service filed by plaintiffs. (Dkt. Nos. 33, 34). Defendants shall not challenge the validity or sufficiency of such service of process for any purpose in this action. Defendants reserve all other defenses, including as to the jurisdiction of the Court, except insofar as such defenses concern the validity or sufficiency of service of process. 2.The time within which defendants may answer, move or otherwise respond to the complaint in this action shall be extended through and including October 7, 2020. SO ORDERED. The Palestine Liberation Organization answer due 10/7/2020; The Palestinian Authority answer due 10/7/2020. (Signed by Judge Mary Kay Vyskocil on 7/13/2020) (jca) (Entered: 07/13/2020) |
| 09/25/2020 | 38 | MOTION for Ronald F. Wick to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–21850784. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Steven Braun, Hadassa Diner, Bella |

| | | |
|---|---|---|
| | | Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman. (Attachments: # 1 Affidavit of Ronald F. Wick in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit – DC and MD Certificates of Good Standing, # 3 Text of Proposed Order – Order For Admission Pro Hac Vice).(Wick, Ronald) (Entered: 09/25/2020) |
| 09/27/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 38 MOTION for Ronald F. Wick to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–21850784. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 09/27/2020) |
| 09/28/2020 | 39 | ORDER granting 38 Motion for Ronald F Wick to Appear Pro Hac Vice (HEREBY ORDERED by Judge Mary Kay Vyskocil)(Text Only Order) (rz) (Entered: 09/28/2020) |
| 10/07/2020 | 40 | LETTER addressed to Judge Mary Kay Vyskocil from Gassan A. Baloul dated October 7, 2020 re: Pre–Motion Conference Letter for Motion to Dismiss Complaint. Document filed by The Palestine Liberation Organization, The Palestinian Authority..(Baloul, Gassan) (Entered: 10/07/2020) |
| 10/13/2020 | 41 | LETTER MOTION for Conference *(Letter Pursuant to Rule 4(A)(i) of Judge Vyskocil's Individual Rules of Practice Requesting a Pre–Motion Conference in Connection with Plaintiffs' Motion for Leave to Conduct Jurisdictional Discovery.)* addressed to Judge Mary Kay Vyskocil from Stephen M. Sinaiko dated October 13, 2020. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C).(Sinaiko, Stephen) (Entered: 10/13/2020) |
| 10/13/2020 | 42 | LETTER addressed to Judge Mary Kay Vyskocil from Stephen M. Sinaiko dated October 13, 2020 re: Response, Pursuant to Rule 4(A)(i) of Judge Vyskocil's Individual Rules of Practice, to Defendants' Letter Dated October 7, 2020 (Dkt. No. 40) Seeking a Pre–Motion Conference.. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman. (Attachments: # 1 Exhibit A).(Sinaiko, Stephen) (Entered: 10/13/2020) |
| 10/15/2020 | 43 | LETTER addressed to Judge Mary Kay Vyskocil from Gassan A. Baloul dated October 15, 2020 re: Response to Plaintiffs October 13, 2020 pre–motion conference letter (Dkt. #41). Document filed by The Palestine Liberation Organization, The Palestinian Authority..(Baloul, Gassan) (Entered: 10/15/2020) |
| 10/15/2020 | 44 | ORDER granting Letter Motions for Conferences [ECF #40, 41]. IT IS HEREBY ORDERED that the parties shall appear for a pre–motion conference on October 29, 2020 at 11:00 AM regarding their contemplated motions to dismiss and for jurisdictional discovery, respectively. The conference shall be held by telephone. The conference can be accessed by calling the Court's teleconference line at 888–278–0296 at the scheduled time. When prompted, enter Access Code 5195844. The Court will join once all of the parties are on the line. (HEREBY ORDERED by Judge Mary Kay Vyskocil)(Text Only Order) (Entered: 10/15/2020) |

| | | |
|---|---|---|
| 10/28/2020 | 45 | Due to a conflict in the Court's calendar, the pre–motion conference that was scheduled to take place on October 29, 2020 is adjourned to Friday, November 6, 2020 at 11:00 AM. The Court apologizes for any inconvenience. (HEREBY ORDERED by Judge Mary Kay Vyskocil) (Text Only Order) (Entered: 10/28/2020) |
| 10/29/2020 | | Set/Reset Hearings: Pre–Motion Conference set for 11/6/2020 at 11:00 AM before Judge Mary Kay Vyskocil. (rz) (Entered: 10/29/2020) |
| 11/06/2020 | | Minute Entry for proceedings held before Judge Mary Kay Vyskocil: Pre–Motion Conference held on 11/6/2020. (rz) (Entered: 11/06/2020) |
| 11/13/2020 | 46 | TRANSCRIPT of Proceedings re: Telephone Conference held on 11/6/2020 before Judge Mary Kay Vyskocil. Court Reporter/Transcriber: Carole Ludwig, (212) 420–0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/4/2020. Redacted Transcript Deadline set for 12/14/2020. Release of Transcript Restriction set for 2/11/2021..(rro) (Entered: 11/13/2020) |
| 11/13/2020 | 47 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Telephone Conference proceeding held on 11/6/2020 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.(rro) (Entered: 11/13/2020) |
| 11/17/2020 | 48 | LETTER MOTION for Extension of Time *(Seeking Extension Through and Including November 25, 2020, with Defendants' Consent, of Deadline for Filing Amended Complaint)* addressed to Judge Mary Kay Vyskocil from Stephen M. Sinaiko dated November 17, 2020. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman..(Sinaiko, Stephen) (Entered: 11/17/2020) |
| 11/19/2020 | 49 | ORDER granting 48 Letter Motion for Extension of Time. Granted. SO ORDERED. (Amended Pleadings due by 11/25/2020.) (Signed by Judge Mary Kay Vyskocil on 11/19/2020) (rro) (Entered: 11/19/2020) |
| 11/25/2020 | 50 | FIRST AMENDED COMPLAINT amending 9 Complaint,, against The Palestine Liberation Organization, The Palestinian Authority with JURY DEMAND.Document filed by Zvi Thaler, Chana Friedman, David Raphael Shatsky, Bella Friedman, Efrat Trattner, Jo Anne Shatsky, Jo Ann Shatsky, Ilan Friedman, Shabtai Scott Shatsky, Hadassa Diner, Shelley Trattner, Hillel Trattner, Miriam Friedman, Shabtai Shatsky, Zvi Friedman, Miriam Shatsky, Tzippora Shatsky Schwarz, Michael Thaler(Individually), Isaac Thaler, Ronit Trattner, Aron S. Trattner, Steven Braun, Ginette Lando Thaler, Yoseph Shatsky, Ginette Lando Thaler, Michael Thaler, Yehiel Friedman, Leor Thaler, Yael Hillman, Sara Shatsky Tzimmerman. Related document: 9 Complaint,,. (Attachments: # 1 Exhibit A).(Sinaiko, Stephen) (Entered: 11/25/2020) |
| 12/06/2020 | 51 | FIRST LETTER MOTION for Extension of Time addressed to Judge Mary Kay Vyskocil from Gassan A. Baloul dated December 6, 2020. Document filed by The Palestine Liberation Organization, The Palestinian Authority..(Baloul, Gassan) (Entered: 12/06/2020) |
| 12/08/2020 | 52 | ORDER granting 51 Letter Motion for Extension of Time. Granted. (Signed by Judge Mary Kay Vyskocil on 12/8/2020) (mro) (Entered: 12/08/2020) |
| 12/08/2020 | | Set/Reset Deadlines: The Palestine Liberation Organization answer due 12/14/2020; The Palestinian Authority answer due 12/14/2020. (mro) (Entered: 12/08/2020) |
| 12/14/2020 | 53 | LETTER MOTION for Conference addressed to Judge Mary Kay Vyskocil from Gassan A. Baloul dated Dec. 14, 2020. Document filed by The Palestine Liberation Organization, The Palestinian Authority. (Attachments: # 1 Local Civ. R. 56.1 |

| | | |
|---|---|---|
| | | Statement of Material Facts).(Baloul, Gassan) (Entered: 12/14/2020) |
| 12/17/2020 | 54 | LETTER RESPONSE to Motion addressed to Judge Mary Kay Vyskocil from Stephen M. Sinaiko dated December 17, 2020 re: 53 LETTER MOTION for Conference addressed to Judge Mary Kay Vyskocil from Gassan A. Baloul dated Dec. 14, 2020. . Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E).(Sinaiko, Stephen) (Entered: 12/17/2020) |
| 12/18/2020 | 55 | LETTER addressed to Judge Mary Kay Vyskocil from Gassan A. Baloul dated Dec. 18, 2020 re: Plaintiffs' Dec. 17, 2020 Letter (Dkt. No. 54). Document filed by The Palestine Liberation Organization, The Palestinian Authority..(Baloul, Gassan) (Entered: 12/18/2020) |
| 01/08/2021 | 56 | LETTER addressed to Judge Mary Kay Vyskocil from Gassan A. Baloul dated January 8, 2021 re: Defendants Brief Concerning the Application of the PSJVTA filed in Sokolow v. PLO, No. 1:04–cv–0397 (GBD). Document filed by The Palestine Liberation Organization, The Palestinian Authority..(Baloul, Gassan) (Entered: 01/08/2021) |
| 01/13/2021 | 57 | LETTER addressed to Judge Mary Kay Vyskocil from Stephen M. Sinaiko dated January 13, 2021 re: Response to Defendants' Letter Dated January 8, 2021 (Dkt. No. 56) re: Defendants Brief Concerning the Application of the PSJVTA filed in Sokolow v. PLO, No. 1:04–cv–0397 (GBD).. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman..(Sinaiko, Stephen) (Entered: 01/13/2021) |
| 01/20/2021 | 58 | PROPOSED STIPULATION AND ORDER. Document filed by The Palestine Liberation Organization, The Palestinian Authority..(Baloul, Gassan) (Entered: 01/20/2021) |
| 02/04/2021 | 59 | STIPULATION AND ORDER REGARDING ACCESS TO DISCOVERY MATERIAL FROMSHATSKY V. PLO, CASE NO. 02–CV–2280 (RJL) (D.D.C.): Plaintiffs and Defendants (collectively, the "Parties"), through undersigned counsel, represent and stipulate as follows: 1. All of the plaintiffs in Shatsky v. PLO, Case No. 02–cv–2280 (RJL) (D.D.C.) ("Shatsky I") are Plaintiffs in this action. 2. The Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO") were defendants in Shatsky I and are Defendants in this case. 3. One counsel who represented plaintiffs in Shatsky I has also appeared on behalf of Plaintiffs in this action. 4. Counsel for the PA and PLO in Shatsky I is also counsel for the PA and PLO in this action. 5. The parties to Shatsky I produced documents, answered interrogatories, and provided deposition testimony in that action (the "Shatsky I Discovery Material"), subject inter alia to the terms and conditions set forth in the Protective Order Regarding Confidentiality of Discovery Material (the "Shatsky I Protective Order"), which is at Docket Entry No. 157–2 in Shatsky I; as further set forth herein. (Signed by Judge Mary Kay Vyskocil on 2/4/2021) (mro) (Entered: 02/04/2021) |
| 02/08/2021 | 60 | ORDER IT IS HEREBY ORDERED that Plaintiffs' request to conduct jurisdictional discovery is GRANTED. The deadline to complete jurisdictional discovery is April 9, 2021. IT IS FURTHER ORDERED that Defendants shall file their contemplated dispositive motions by April 30, 2021. Plaintiffs shall respond by May 14, 2021. Defendants shall reply by May 21, 2021. ( Discovery due by 4/9/2021., Motions due by 4/30/2021., Responses due by 5/14/2021, Replies due by 5/21/2021.) (Signed by Judge Mary Kay Vyskocil on 2/8/2021) (mro) (Entered: 02/08/2021) |

| | | |
|---|---|---|
| 02/08/2021 | 61 | As the Court explained in its earlier Order dated February 8, 2021 [ECF #60], Defendants' request for a pre−motion conference regarding their contemplated motions to dismiss and for summary judgment [ECF #53] is DENIED IN PART and GRANTED IN PART. The request for a conference is denied. The request for leave to file Defendants' contemplated motions is granted. Motions due 4/30/2021; Responses due 5/14/2021; Replies due 5/21/2021. (HEREBY ORDERED by Judge Mary Kay Vyskocil)(Text Only Order) (Entered: 02/08/2021) |
| 03/10/2021 | 62 | NOTICE OF APPEARANCE by Joseph Stewart Alonzo on behalf of The Palestine Liberation Organization, The Palestinian Authority..(Alonzo, Joseph) (Entered: 03/10/2021) |
| 03/11/2021 | 63 | PROPOSED STIPULATION AND ORDER. Document filed by The Palestine Liberation Organization, The Palestinian Authority..(Baloul, Gassan) (Entered: 03/11/2021) |
| 03/11/2021 | 64 | SUPERSEDING STIPULATION AND ORDER CONCERNING PRODUCTION OF CONFIDENTIAL DOCUMENTS AND INFORMATION...regarding procedures to be followed that shall govern the handling of confidential material... (Signed by Judge Mary Kay Vyskocil on 3/11/2021) (mro) (Entered: 03/11/2021) |
| 03/24/2021 | 65 | LETTER MOTION for Conference *(Joint Letter Pursuant to Rule 3(D) of Judge Vyskocil's Individual Rules of Practice Requesting an Informal Conference Concerning Dispute Relating to Plaintiffs Document Request and Interrogatories in Connection with Jurisdictional Discovery)* addressed to Judge Mary Kay Vyskocil from Stephen M. Sinaiko dated March 24, 2021. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G).(Sinaiko, Stephen) (Entered: 03/24/2021) |
| 03/24/2021 | 66 | LETTER MOTION for Conference *(Joint Letter Pursuant to Rule 3(D) of Judge Vyskocil's Individual Rules of Practice Requesting an Informal Conference Concerning Dispute Relating to Plaintiffs Deposition Notice in Connection with Jurisdictional Discovery)* addressed to Judge Mary Kay Vyskocil from Stephen M. Sinaiko dated March 24, 2021. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman. (Attachments: # 1 Exhibit A).(Sinaiko, Stephen) (Entered: 03/25/2021) |
| 03/31/2021 | 67 | LETTER MOTION to Seal addressed to Judge Mary Kay Vyskocil from Gassan A. Baloul dated Mar. 31, 2021. Document filed by The Palestine Liberation Organization, The Palestinian Authority..(Baloul, Gassan) (Entered: 03/31/2021) |
| 03/31/2021 | 68 | ***SELECTED PARTIES***REDACTION to 67 LETTER MOTION to Seal addressed to Judge Mary Kay Vyskocil from Gassan A. Baloul dated Mar. 31, 2021. *Sealed Document* by All Defendants Motion or Order to File Under Seal: 67 .(Baloul, Gassan) (Entered: 03/31/2021) |
| 04/06/2021 | 69 | LETTER MOTION for Extension of Time to Complete Discovery *(Letter Requesting Adjournment of the Discovery Cutoff Date and Briefing Deadlines Set Forth in February 8, 2021 Order)* addressed to Judge Mary Kay Vyskocil from Stephen M. Sinaiko dated April 6, 2021. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, |

| | | |
|---|---|---|
| | | Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman..(Sinaiko, Stephen) (Entered: 04/06/2021) |
| 04/08/2021 | 70 | LETTER addressed to Judge Mary Kay Vyskocil from Gassan A. Baloul dated April 8, 2021 re: Response to Plaintiffs' Apr. 6, 2021 letter. Document filed by The Palestine Liberation Organization, The Palestinian Authority..(Baloul, Gassan) (Entered: 04/08/2021) |
| 04/09/2021 | 71 | LETTER MOTION for Conference *(Joint Letter Pursuant to Rule 3(D) of Judge Vyskocil's Individual Rules of Practice Requesting an Informal Conference Concerning Dispute Relating to Plaintiffs' Requests for Admission in Connection with Jurisdictional Discovery)* addressed to Judge Mary Kay Vyskocil from Stephen M. Sinaiko dated April 9, 2021. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G).(Sinaiko, Stephen) (Entered: 04/09/2021) |
| 04/13/2021 | 72 | MOTION for Erica C. Lai to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman. (Attachments: # 1 Affidavit, # 2 Text of Proposed Order, # 3 Exhibit Certificate of Good Standing DC, # 4 Exhibit Certificate of Good Standing MD, # 5 Exhibit Certificate of Good Standing CA, # 6 Exhibit Certificate of Good Standing VA).(Lai, Erica) ANYSDC–24391149 Modified on 4/14/2021 (vba). (Entered: 04/13/2021) |
| 04/14/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 72 MOTION for Erica C. Lai to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (vba)** (Entered: 04/14/2021) |
| 04/14/2021 | | Pro Hac Vice Fee Paid electronically via Pay.gov for: 72 MOTION for Erica C. Lai to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Filing fee $ 200.00. Pay.gov receipt number ANYSDC–24391149, paid on 4/13/2021. (aea) (Entered: 04/14/2021) |
| 04/14/2021 | 73 | ORDER granting 72 Motion for Erica C Lai to Appear Pro Hac Vice (HEREBY ORDERED by Judge Mary Kay Vyskocil)(Text Only Order) (rz) (Entered: 04/14/2021) |
| 04/20/2021 | 74 | ORDER granting 65 Letter Motion for Conference re: 65 LETTER MOTION for Conference *(Joint Letter Pursuant to Rule 3(D) of Judge Vyskocil's Individual Rules of Practice Requesting an Informal Conference Concerning Dispute Relating to Plaintiffs Document Request and Interrogatories in Connection,* 66 *LETTER MOTION for Conference (Joint Letter Pursuant to Rule 3(D) of Judge Vyskocil's Individual Rules of Practice Requesting an Informal Conference Concerning Dispute Relating to Plaintiffs Deposition Notice in Connection with Jurisdictional ;* granting 66 Letter Motion for Conference re: 65 LETTER MOTION for Conference *(Joint Letter Pursuant to Rule 3(D) of Judge Vyskocil's Individual Rules of Practice Requesting an Informal Conference Concerning Dispute Relating to Plaintiffs Document Request and Interrogatories in Connection,* 66 *LETTER MOTION for Conference (Joint Letter Pursuant to Rule 3(D) of Judge Vyskocil's Individual Rules of Practice Requesting an Informal Conference Concerning Dispute Relating to Plaintiffs Deposition Notice in Connection with Jurisdictional. The Court is in receipt of: (1) the parties' letters regarding their discovery disputes [ECF #65, 66]; (2) Defendants' request to seal an exhibit that Plaintiffs filed in connection with those letters [ECF #67]; and (3)* |

| | | |
|---|---|---|
| | | *Plaintiffs' request to extend the deadline for jurisdictional discovery, as well as Defendants' response in opposition to Plaintiffs request [ECF #69, 70]. Accordingly, IT IS HEREBY ORDERED that the parties shall appear for a conference on April 29, 2021 at 3:30 PM. The conference will be held by telephone. To join, call 888–278–0296 at the scheduled time. When prompted, enter Access Code 5195844. The Clerk of Court is respectfully directed to terminate the letter motions pending at docket entries 65 and 66. SO ORDERED., Telephone Conference set for 4/29/2021 at 03:30 PM before Judge Mary Kay Vyskocil.. (Signed by Judge Mary Kay Vyskocil on 4/20/2021) (rj) (Entered: 04/21/2021)* |
| 04/23/2021 | 75 | SCHEDULING ORDER: Because of changes in the Court's calendar, the conference that was scheduled to take place on April 29, 2021 at 3:30 PM shall take place on April 29, 2021 at 1:30 PM. The Court apologizes for any inconvenience to the parties. SO ORDERED. ( Telephone Conference set for 4/29/2021 at 01:30 PM before Judge Mary Kay Vyskocil.) (Signed by Judge Mary Kay Vyskocil on 4/23/2021) (va) (Entered: 04/23/2021) |
| 04/23/2021 | 76 | LETTER addressed to Judge Mary Kay Vyskocil from Stephen M. Sinaiko dated April 23, 2021 re: Request that the Court Address, During the April 29 Conference, the Parties' Dispute Concerning Defendants' Responses and Objections to Plaintiffs' Requests for Admissions and the Timing of Plaintiffs' Anticipated Request for Discovery Under Rule 56(d).. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman..(Sinaiko, Stephen) (Entered: 04/23/2021) |
| 04/26/2021 | 77 | LETTER addressed to Judge Mary Kay Vyskocil from Gassan A. Baloul dated April 26, 2021 re: Plaintiffs' Apr. 23, 2021 letter. Document filed by The Palestine Liberation Organization, The Palestinian Authority..(Baloul, Gassan) (Entered: 04/26/2021) |
| 04/26/2021 | 78 | NOTICE OF APPEARANCE by Abbe David Lowell on behalf of Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman..(Lowell, Abbe) (Entered: 04/26/2021) |
| 04/26/2021 | 79 | NOTICE OF APPEARANCE by Sofia Roa Arguello on behalf of Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman..(Arguello, Sofia) (Entered: 04/26/2021) |
| 04/29/2021 | | Minute Entry for proceedings held before Judge Mary Kay Vyskocil: Telephone Conference held on 4/29/2021. (rz) (Entered: 04/29/2021) |
| 04/29/2021 | 80 | ORDER granting 69 Letter Motion for Extension of Time to Complete Discovery; denying 71 Letter Motion for Conference re: 69 LETTER MOTION for Extension of Time to Complete Discovery *(Letter Requesting Adjournment of the Discovery Cutoff Date and Briefing Deadlines Set Forth in February 8, 2021 Order)* addressed to Judge Mary Kay Vyskocil from Stephen M. Sinaiko da, 71 LETTER MOTION for Conference *(Joint Letter Pursuant to Rule 3(D) of Judge Vyskocil's Individual Rules of Practice Requesting an Informal Conference Concerning Dispute Relating to Plaintiffs' Requests for Admission in Connection with Jur. On April 29, 2021, the Court held a conference in this matter. The Court issued several orders on the parties' discovery disputes from the bench. As the Court explained more fully at the* |

| | | |
|---|---|---|
| | | *conference, IT IS HEREBY ORDERED that, absent a stipulation to personal jurisdiction under the PSJVTA as written, reserving all challenges to the statute itself, Defendants' objection that they have already satisfied jurisdictional discovery is overruled. However, Plaintiffs' must narrow their overbroad discovery requests. The Court admonishes both sides to work together to narrow and complete the jurisdictional discovery, consistent with the Court's rulings and guidance at the conference. Counsel and the parties are on notice that further discovery abuses will not be tolerated and will result in sanctions. IT IS FURTHER ORDERED that Plaintiffs shall serve revised document requests and interrogatories by May 10, 2021. Defendants shall respond by June 10, 2021. IT IS FURTHER ORDERED that the witnesses Plaintiffs have noticed for depositions must be produced. The depositions are limited to the bases for jurisdiction under the statute, and Defendants may assert objections consistent with the Court's instructions. IT IS FURTHER ORDERED that all jurisdictional discovery shall be completed by July 9, 2021. No further extensions of jurisdictional discovery will be granted. Any motion for a protective order or motion to compel must be filed sufficiently in advance to obtain a ruling and complete discovery before the July 9 deadline. IT IS FURTHER ORDERED that Plaintiffs' request for discovery, under Rule 56(d) of the Federal Rules of Civil Procedure, in connection with Defendants' not−yet filed motion for summary judgment [ECF #76, 77] is DENIED as premature. IT IS FURTHER ORDERED that Defendants shall file their contemplated dispositive motions by July 30, 2021. Plaintiffs shall respond by August 20, 2021. Defendants shall reply by September 3, 2021. The Clerk of Court is respectfully directed to terminate the letter motions pending at docket entries 69 and 71. SO ORDERED. (Signed by Judge Mary Kay Vyskocil on 4/29/2021) (kv) (Entered: 04/29/2021)* |
| 04/29/2021 | | Set/Reset Deadlines: Discovery due by 7/9/2021. Motions due by 7/30/2021. Responses due by 8/20/2021 Replies due by 9/3/2021. (kv) (Entered: 04/29/2021) |
| 05/04/2021 | 81 | TRANSCRIPT of Proceedings re: Telephone Conference held on 4/29/2021 before Judge Mary Kay Vyskocil. Court Reporter/Transcriber: Carole Ludwig, (212) 420−0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/25/2021. Redacted Transcript Deadline set for 6/4/2021. Release of Transcript Restriction set for 8/2/2021..(ks) (Entered: 05/04/2021) |
| 05/04/2021 | 82 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Telephone Conference proceeding held on 4/29/2021 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(ks) (Entered: 05/04/2021) |
| 06/04/2021 | 83 | MOTION for Erica C. Lai to Withdraw as Attorney . Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman..(Lai, Erica) (Entered: 06/04/2021) |
| 06/07/2021 | 84 | MEMO ENDORSEMENT granting 83 Motion to Withdraw as Attorney. ENDORSEMENT: Granted. SO ORDERED. Attorney Erica Courtney Lai terminated. (Signed by Judge Mary Kay Vyskocil on 6/7/2021) (vfr) (Entered: 06/07/2021) |
| 06/23/2021 | 85 | NOTICE OF APPEARANCE by Eszter Agnes Vincze on behalf of Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Yoseph Shatsky, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman..(Vincze, Eszter) (Entered: 06/23/2021) |

| 06/23/2021 | 86 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Melissa H. Maxman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–24709747. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Yoseph Shatsky, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman. (Attachments: # 1 Affidavit of Melissa H. Maxman in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit – Certificate of Good Standing in District of Columbia Court of Appeals, # 3 Exhibit – Certificate of Good Standing in Court of Appeals of Maryland, # 4 Exhibit – Certificate of Good Standing in Supreme Court of Pennsylvania).(Maxman, Melissa) Modified on 6/24/2021 (aea). (Entered: 06/23/2021) |
| 06/23/2021 | 87 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** PROPOSED ORDER. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Yoseph Shatsky, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman. Related Document Number: 86 ..(Maxman, Melissa) **Proposed Order to be reviewed by Clerk's Office staff.** Modified on 6/24/2021 (aea). (Entered: 06/23/2021) |
| 06/23/2021 | 88 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** AFFIDAVIT of Melissa H. Maxman in Support re: 86 MOTION for Melissa H. Maxman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–24709747. **Motion and supporting papers to be reviewed by Clerk's Office staff..** Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Yoseph Shatsky, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman. (Attachments: # 1 Exhibit – Certificate of Good Standing in District of Columbia Court of Appeals,, # 2 Exhibit – Certificate of Good Standing in Court of Appeals of Maryland, # 3 Exhibit – Certificate of Good Standing in Supreme Court of Pennsylvania, # 4 Exhibit – Certificate of Good Standing in Supreme Court of Virginia).(Maxman, Melissa) Modified on 6/24/2021 (aea). (Entered: 06/23/2021) |
| 06/24/2021 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 88 Affidavit in Support of Motion, 86 MOTION for Melissa H. Maxman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–24709747. Motion and supporting papers to be reviewed by Clerk's Office staff. 87 Proposed Order. The filing is deficient for the following reason(s): The motion to appear PHV and supporting documents all need to be filed under 1 docket entry. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order. (aea)** (Entered: 06/24/2021) |
| 06/24/2021 | 89 | MOTION for Melissa H. Maxman to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Yoseph Shatsky, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman. (Attachments: # 1 Affidavit of Melissa H. Maxman in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit – Certificate of Good Standing in the District of Columbia Court of Appeals, # 3 Exhibit – Certificate of Good Standing in the Court of Appeals of Maryland, # 4 Exhibit – Certificate of Good Standing in the Supreme Court of Pennsylvania, # 5 Exhibit – Certificate of Good Standing in the Supreme Court of Virginia, # 6 Text of Proposed Order – for Melissa H. Maxman to Appear Pro Hac |

| | | |
|---|---|---|
| | | Vice).(Maxman, Melissa) (Entered: 06/24/2021) |
| 06/24/2021 | 90 | JOINT LETTER addressed to Judge Mary Kay Vyskocil from Gassan A. Baloul dated June 24, 2021 re: Joint Letter regarding Depositions on behalf of Plaintiffs and Defendants. Document filed by The Palestine Liberation Organization, The Palestinian Authority..(Baloul, Gassan) (Entered: 06/24/2021) |
| 06/25/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 89 MOTION for Melissa H. Maxman to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (aea)** (Entered: 06/25/2021) |
| 06/25/2021 | 91 | ORDER granting 89 Motion for Melissa H Maxman to Appear Pro Hac Vice (HEREBY ORDERED by Judge Mary Kay Vyskocil)(Text Only Order) (rz) (Entered: 06/25/2021) |
| 06/25/2021 | 92 | MEMO ENDORSEMENT on re: 90 Letter re: Joint Letter regarding Depositions on behalf of Plaintiffs and Defendants., filed by The Palestinian Authority, The Palestine Liberation Organization. ENDORSEMENT: This request is GRANTED. All depositions due July 30, 2021. Defendants shall file their contemplated dispositive motions by August 20, 2021. Plaintiffs shall respond by September 20, 2021, and Defendants shall reply by October 6, 2021., Deposition due by 7/30/2021., Motions due by 8/20/2021., Responses due by 9/20/2021, Replies due by 10/6/2021. (Signed by Judge Mary Kay Vyskocil on 6/25/2021) (rj) (Entered: 06/25/2021) |
| 06/29/2021 | 93 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Specific Non–Dispositive Motion/Dispute: objections to scope of questioning during depositions for jurisdictional discovery. Referred to Magistrate Judge Debra C. Freeman. SO ORDERED. Motions referred to Debra C. Freeman. (Signed by Judge Mary Kay Vyskocil on 6/29/2021) (rj) (Entered: 06/29/2021) |
| 06/29/2021 | 94 | MOTION to Intervene – *Unopposed Letter Motion for Permissive Intervention to Modify Superseding Stipulation and Order Concerning Production of Confidential Documents and Information*. Document filed by Arnold & Porter Kaye Scholer LLP..(Yalowitz, Kent) (Entered: 06/29/2021) |
| 07/01/2021 | | Set/Reset Hearings: Telephone Conference set for 7/6/2021 at 11:00 AM before Magistrate Judge Debra C. Freeman. The parties should call Toll–Free Number: 877–411–9748 and use Access Code: 9612281 (aba) Modified on 7/1/2021 (aba). (Entered: 07/01/2021) |
| 07/02/2021 | 95 | MEMO ENDORSEMENT granting 94 Motion to Intervene. ENDORSEMENT: Granted. SO ORDERED. (Signed by Judge Mary Kay Vyskocil on 7/2/2021) (vfr) (Entered: 07/02/2021) |
| 07/06/2021 | | Minute Entry for proceedings held before Magistrate Judge Debra C. Freeman: Discovery Hearing held via telephone on 7/6/2021. (aba) (Entered: 07/06/2021) |
| 07/15/2021 | 96 | TRANSCRIPT of Proceedings re: Telephone Conference held on 7/6/2021 before Judge Mary Kay Vyskocil. Court Reporter/Transcriber: Carole Ludwig, (212) 420–0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/5/2021. Redacted Transcript Deadline set for 8/16/2021. Release of Transcript Restriction set for 10/13/2021. (va) (Entered: 07/15/2021) |
| 07/15/2021 | 97 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Telephone Conference proceeding held on 7/6/2021 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days... (va) (Entered: 07/15/2021) |
| 07/27/2021 | | Minute Entry for proceedings held before Magistrate Judge Debra C. Freeman: Discovery Hearing held via telephone on 7/27/2021. (aba) (Entered: 07/27/2021) |

| 08/14/2021 | 98 | LETTER MOTION to Seal *Letter–Motion to Judge Freeman for permission to file under seal and in redacted form* addressed to Magistrate Judge Debra C. Freeman from Kent A. Yalowitz dated August 13, 2021. Document filed by Arnold & Porter Kaye Scholer LLP..(Yalowitz, Kent) (Entered: 08/14/2021) |
|---|---|---|
| 08/14/2021 | 99 | LETTER addressed to Magistrate Judge Debra C. Freeman from Kent A. Yalowitz dated August 13, 2021 re: defendants claim of functional immunity [REDACTED]. Document filed by Arnold & Porter Kaye Scholer LLP. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9).(Yalowitz, Kent) (Entered: 08/14/2021) |
| 08/14/2021 | 100 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Debra C. Freeman from Kent A. Yalowitz dated August 13, 2021 re: defendants claim of functional immunity [UNDER SEAL]. Document filed by Arnold & Porter Kaye Scholer LLP. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)Motion or Order to File Under Seal: 98 .(Yalowitz, Kent) (Entered: 08/14/2021) |
| 08/16/2021 | 101 | LETTER addressed to Magistrate Judge Debra C. Freeman from Kent A. Yalowitz dated August 13, 2021 re: Letter to Judge Freeman re defendants claim of functional immunity [REDACTED] Related DKT 98 . Document filed by Arnold & Porter Kaye Scholer LLP. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9).(Yalowitz, Kent) (Entered: 08/16/2021) |
| 08/17/2021 | 102 | LETTER MOTION to Seal *for permission to file under seal* addressed to Magistrate Judge Debra C. Freeman from Gassan A. Baloul dated August 17, 2021. Document filed by The Palestine Liberation Organization, The Palestinian Authority..(Baloul, Gassan) (Entered: 08/17/2021) |
| 08/17/2021 | 103 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Debra C. Freeman from Gassan A. Baloul dated August 17, 2021 re: confidentiality of depositions. Document filed by The Palestine Liberation Organization, The Palestinian Authority. (Attachments: # 1 Exhibit 1)Motion or Order to File Under Seal: 102 .(Baloul, Gassan) (Entered: 08/17/2021) |
| 08/17/2021 | 104 | LETTER addressed to Magistrate Judge Debra C. Freeman from Michael Wagenheim, re: I submit to you a Motion to Intervene in the case of Statsky v. Palestine Liberation Organization. The documents at issue have been presented to Judge Daniels in Sokolow(ECF No. 1039 in Sokolow, attached) and the documents will likely be filed again in the Shatsky case when the parties brief the jurisdiction issue starting 8/20/21 etc. This motion to intervene on behalf of my media outlet, 124NEWS, is made with interest in the global and political issues being litigated in your Court. I submit that the public's right of access to judicial records in a case of such profound public concern–and where the presumption of public access is, under well–established precedent, should not, and as a matter of law cannot, be denied without a judicial determination on the record etc. (Attachments: # 1 Exhibit, # 2 Exhibit)(sc) (Entered: 08/18/2021) |
| 08/18/2021 | 105 | LETTER addressed to Magistrate Judge Debra C. Freeman from Gassan A. Baloul dated August 17, 2021 re: Dkt. 102 Letter re. condidentiality of depositions [REDACTED]. Document filed by The Palestine Liberation Organization, The Palestinian Authority. (Attachments: # 1 Exhibit 1).(Baloul, Gassan) (Entered: 08/18/2021) |
| 08/18/2021 | 106 | LETTER addressed to Judge Mary Kay Vyskocil from Jeffrey Fleischmann dated August 18, 2021 Document filed by Miriam Fuld, Natan Shai Fuld, Naomi Fuld, Tamar Gila Fuld, Eliezer Yakir Fuld..(Fleischmann, Jeffrey) (Entered: 08/18/2021) |
| 08/18/2021 | 107 | **FILING ERROR – DEFICIENT DOCKET ENTRY – FILER ERROR –(SEE #113)** ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Debra C. Freeman from Kent A. Yalowitz dated August 18, 2021 re: Reply Letter to Judge Freeman in Support of [ECF 100] Letter–Motion re Claim of Functional Immunity [FILED UNDER SEAL].. Document filed by Chana Friedman, David Raphael Shatsky, Bella Friedman, Efrat Trattner, Jo Anne Shatsky, Tamar Gila Fuld, Shabtai Scott Shatsky, Miriam Fuld, Arnold & Porter Kaye Scholer LLP, Hadassa Diner, Naomi Fuld, Shelley Trattner, The Palestine Liberation Organization, Zvi Friedman, |

| | | |
|---|---|---|
| | | The Palestinian Authority, Ronit Trattner, Steven Braun, Ginette Lando Thaler, Yehiel Friedman, Leor Thaler, Zvi Thaler, Jo Ann Shatsky, Ilan Friedman, Eliezer Yakir Fuld, Hillel Trattner, Miriam Friedman, Shabtai Shatsky, Miriam Shatsky, Natan Shai Fuld, Tzippora Shatsky Schwarz, Michael Thaler(Individually), Isaac Thaler, Aron S. Trattner, Ginette Lando Thaler, Yoseph Shatsky, Michael Thaler, Yael Hillman, Sara Shatsky Tzimmerman.Motion or Order to File Under Seal: 98 .(Yalowitz, Kent) Modified on 8/20/2021 (kj). (Entered: 08/18/2021) |
| 08/18/2021 | 108 | LETTER addressed to Magistrate Judge Debra C. Freeman from Kent A. Yalowitz dated August 18, 2021 re: Reply Letter to Judge Freeman in Support of [ECF 100] Letter–Motion re Claim of Functional Immunity [REDACTED].. Document filed by Arnold & Porter Kaye Scholer LLP..(Yalowitz, Kent) (Entered: 08/18/2021) |
| 08/19/2021 | 109 | NOTICE OF APPEARANCE by Jeffrey Fleischmann on behalf of Eliezer Yakir Fuld, Miriam Fuld, Naomi Fuld, Natan Shai Fuld, Tamar Gila Fuld..(Fleischmann, Jeffrey) (Entered: 08/19/2021) |
| 08/19/2021 | 110 | LETTER addressed to Judge Mary Kay Vyskocil from Gassan A. Baloul dated August 19, 2021 re: Response to Jeffrey Fleischmanns letter dated August 18, 2021 (Dkt. No. 106). Document filed by The Palestine Liberation Organization, The Palestinian Authority..(Baloul, Gassan) (Entered: 08/19/2021) |
| 08/19/2021 | 111 | LETTER addressed to Judge Mary Kay Vyskocil from Jeffrey Fleischmann dated August 19, 2021 Document filed by Eliezer Yakir Fuld, Miriam Fuld, Naomi Fuld, Natan Shai Fuld, Tamar Gila Fuld..(Fleischmann, Jeffrey) (Entered: 08/19/2021) |
| 08/19/2021 | 112 | LETTER addressed to Judge Mary Kay Vyskocil from Jeffrey Fleischmann dated August 19, 2021 Document filed by Eliezer Yakir Fuld, Miriam Fuld, Naomi Fuld, Natan Shai Fuld, Tamar Gila Fuld. (Attachments: # 1 Exhibit 1).(Fleischmann, Jeffrey) (Entered: 08/19/2021) |
| 08/19/2021 | 113 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Debra C. Freeman from Kent A. Yalowitz dated August 18, 2021 re: Reply Letter to Judge Freeman in Support of [ECF 100] Letter–Motion re Claim of Functional Immunity [FILED UNDER SEAL]. Document filed by Arnold & Porter Kaye Scholer LLP.Motion or Order to File Under Seal: 98 .(Yalowitz, Kent) (Entered: 08/19/2021) |
| 08/20/2021 | 114 | LETTER addressed to Magistrate Judge Debra C. Freeman from Gassan A. Baloul dated August 20, 2021 re: Response to Michael Wagenheims letter dated August 17, 2021 (Dkt. No. 104). Document filed by The Palestine Liberation Organization, The Palestinian Authority..(Baloul, Gassan) (Entered: 08/20/2021) |
| 08/20/2021 | 115 | MOTION to Dismiss for Lack of Jurisdiction . Document filed by The Palestine Liberation Organization, The Palestinian Authority..(Baloul, Gassan) (Entered: 08/20/2021) |
| 08/20/2021 | 116 | MEMORANDUM OF LAW in Support re: 115 MOTION to Dismiss for Lack of Jurisdiction . . Document filed by The Palestine Liberation Organization, The Palestinian Authority..(Baloul, Gassan) (Entered: 08/20/2021) |
| 08/20/2021 | 117 | DECLARATION of Joseph S. Alonzo in Support re: 115 MOTION to Dismiss for Lack of Jurisdiction .. Document filed by The Palestine Liberation Organization, The Palestinian Authority. (Attachments: # 1 Exhibit Exhibit A – Part 1, # 2 Exhibit Exhibit A – Part 2, # 3 Exhibit Exhibit B).(Baloul, Gassan) (Entered: 08/20/2021) |
| 08/20/2021 | 118 | MOTION for Summary Judgment *On The Federal Claims and Motion to Dismiss The Non−Federal Claims*. Document filed by The Palestine Liberation Organization, The Palestinian Authority..(Baloul, Gassan) (Entered: 08/20/2021) |
| 08/20/2021 | 119 | MEMORANDUM OF LAW in Support re: 118 MOTION for Summary Judgment *On The Federal Claims and Motion to Dismiss The Non−Federal Claims*. . Document filed by The Palestine Liberation Organization, The Palestinian Authority..(Baloul, Gassan) (Entered: 08/20/2021) |
| 08/20/2021 | 120 | DECLARATION of Joseph S. Alonzo in Support re: 118 MOTION for Summary Judgment *On The Federal Claims and Motion to Dismiss The Non−Federal Claims*.. Document filed by The Palestine Liberation Organization, The Palestinian Authority. (Attachments: # 1 Exhibit A−Shatsky I Answer, # 2 Exhibit B−Oslo I, # 3 Exhibit |

| | | |
|---|---|---|
| | | C–Amayra Depo, # <u>4</u> Exhibit D–Barahme Depo, # <u>5</u> Exhibit E–Malouh Depo, # <u>6</u> Exhibit F–Amawi Depo, # <u>7</u> Exhibit G–Dahbour Depo., # <u>8</u> Exhibit H–Decree Outlawing PFLP ECF 98–1, # <u>9</u> Exhibit I–Complete Oslo II Accords–ECF 330–36, # <u>10</u> Exhibit J–Defendants Interrogatory Responses ECF 330–37, # <u>11</u> Exhibit K–Shatsky I Order Striking Experts–ECF 242).(Baloul, Gassan) (Entered: 08/20/2021) |
| 08/20/2021 | <u>121</u> | RULE 56.1 STATEMENT. Document filed by The Palestine Liberation Organization, The Palestinian Authority..(Baloul, Gassan) (Entered: 08/20/2021) |
| 08/25/2021 | <u>122</u> | NOTICE of Constitutional Challenge. Document filed by The Palestine Liberation Organization, The Palestinian Authority..(Baloul, Gassan) (Entered: 08/25/2021) |
| 08/25/2021 | <u>123</u> | CERTIFICATE OF SERVICE of Notice of Constitutional Challenge served on U.S. Attorney General on 8/25/21. Service was made by Certified Mail. Document filed by The Palestine Liberation Organization, The Palestinian Authority..(Baloul, Gassan) (Entered: 08/25/2021) |
| 08/31/2021 | <u>124</u> | LETTER addressed to Judge Mary Kay Vyskocil from Stephen M. Sinaiko dated August 31, 2021 re: Issuance of Certification of Constitutional Challenge. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman. (Attachments: # <u>1</u> Exhibit A).(Sinaiko, Stephen) (Entered: 08/31/2021) |
| 09/06/2021 | <u>125</u> | CONSENT LETTER MOTION for Extension of Time to File Response/Reply as to <u>118</u> MOTION for Summary Judgment *On The Federal Claims and Motion to Dismiss The Non–Federal Claims*., <u>115</u> MOTION to Dismiss for Lack of Jurisdiction . addressed to Judge Mary Kay Vyskocil from Plaintiffs dated September 6, 2021. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman..(Lowell, Abbe) (Entered: 09/06/2021) |
| 09/10/2021 | <u>126</u> | ORDER granting <u>125</u> Letter Motion for Extension of Time to File Response/Reply re <u>125</u> CONSENT LETTER MOTION for Extension of Time to File Response/Reply as to <u>118</u> MOTION for Summary Judgment *On The Federal Claims and Motion to Dismiss The Non–Federal Claims*., <u>115</u> MOTION to Dismiss for Lack of Jurisdiction . Granted. SO ORDERED. Responses due by 10/4/2021 Replies due by 10/27/2021. (Signed by Judge Mary Kay Vyskocil on 9/10/2021) (tg) (Entered: 09/10/2021) |
| 09/13/2021 | <u>127</u> | NOTICE OF APPEARANCE by Oliver Scott Haker on behalf of Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Yoseph Shatsky, Isaac Thaler, Leor Thaler, Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman..(Haker, Oliver) (Entered: 09/13/2021) |
| 09/30/2021 | <u>128</u> | LETTER addressed to Judge Mary Kay Vyskocil from Stephen M. Sinaiko dated 9/30/21 re: Request On Consent for Leave to File Papers and Deliver Copies to Chambers By Hand. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman..(Sinaiko, Stephen) (Entered: 09/30/2021) |

| | | |
|---|---|---|
| 10/04/2021 | 129 | **FILING ERROR – DEFICIENT DOCKET ENTRY (SEE DOCUMENT #130) –** DECLARATION of Oliver Haker in Support re: 115 MOTION to Dismiss for Lack of Jurisdiction .. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman. (Attachments: # 1 Exhibit 1 to 3 to the Haker Declaration (Redacted), # 2 Exhibit 4 to 9 to the Haker Declaration, # 3 Exhibit 10 to the Haker Declaration, # 4 Exhibit 11 to 13 to the Haker Declaration, # 5 Exhibit 14 to 17 to the Haker Declaration, # 6 Exhibit 18 to 19 to the Haker Declaration (Redacted), # 7 Exhibit 20 to the Haker Declaration, # 8 Exhibit 21 to 22 to the Haker Declaration (Redacted), # 9 Exhibit 23 to the Haker Declaration, # 10 Exhibit 24 to 27 to the Haker Declaration (Redacted), # 11 Exhibit 28 to 31 to the Haker Declaration, # 12 Exhibit 32 to 36 to the Haker Declaration, # 13 Exhibit 37 to 38 to the Haker Declaration (Redacted), # 14 Exhibit 39 to the Haker Declaration, # 15 Exhibit 40 to 43 to the Haker Declaration (Redacted), # 16 Exhibit 44 to the Haker Declaration, # 17 Exhibit 45 to 48 to the Haker Declaration (Redacted), # 18 Exhibit 49 to the Haker Declaration, # 19 Exhibit 50 to 51 to the Haker Declaration (Redacted), # 20 Exhibit 52 to the Haker Declaration, # 21 Exhibit 53 to 56 to the Haker Declaration (Redacted), # 22 Exhibit 57 to the Haker Declaration, # 23 Exhibit 58 to 67 to the Haker Declaration (Redacted), # 24 Exhibit 68 to the Haker Declaration, # 25 Exhibit 69 to 82 to the Haker Declaration (Redacted), # 26 Exhibit 83 to the Haker Declaration, # 27 Exhibit 84 to 87 to the Haker Declaration (Redacted), # 28 Exhibit 88 to the Haker Declaration, # 29 Exhibit 89 to 92 to the Haker Declaration (Redacted), # 30 Exhibit 93 to the Haker Declaration, # 31 Exhibit 94 to 101 to the Haker Declaration (Redacted), # 32 Exhibit 102 to 103 to the Haker Declaration, # 33 Exhibit 104 to 107 to the Haker Declaration (Redacted), # 34 Exhibit 108 to the Haker Declaration, # 35 Exhibit 109 to 110 to the Haker Declaration (Redacted), # 36 Exhibit 111 to the Haker Declaration, # 37 Exhibit 112 to 121 to the Haker Declaration (Redacted), # 38 Exhibit 122 to 123 to the Haker Declaration, # 39 Exhibit 124 to 146 to the Haker Declaration (Redacted), # 40 Exhibit 147 to 149 to the Haker Declaration, # 41 Exhibit 150 to 151 to the Haker Declaration (Redacted), # 42 Exhibit 152 to the Haker Declaration, # 43 Exhibit 153 to 154 to the Haker Declaration (Redacted), # 44 Exhibit 155 to 157 to the Haker Declaration, # 45 Exhibit 158 to 171 to the Haker Declaration (Redacted), # 46 Exhibit 172 to the Haker Declaration, # 47 Exhibit 173 to 248 to the Haker Declaration (Redacted), # 48 Exhibit 249 to 263 to the Haker Declaration, # 49 Exhibit 264 to the Haker Declaration (Redacted), # 50 Exhibit 265 to the Haker Declaration (Redacted), # 51 Exhibit 266 to 280 to the Haker Declaration, # 52 Exhibit 281 to 284 to the Haker Declaration).(Haker, Oliver) Modified on 10/5/2021 (ldi). (Entered: 10/04/2021) |
| 10/04/2021 | 130 | DECLARATION of Oliver Haker in Opposition re: 115 MOTION to Dismiss for Lack of Jurisdiction .. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman. (Attachments: # 1 Exhibit 1 to 3 to the Haker Declaration (Redacted), # 2 Exhibit 4 to 9 to the Haker Declaration, # 3 Exhibit 10 to the Haker Declaration, # 4 Exhibit 11 to 13 to the Haker Declaration, # 5 Exhibit 14 to 17 to the Haker Declaration, # 6 Exhibit 18 to 19 to the Haker Declaration (Redacted), # 7 Exhibit 20 to the Haker Declaration, # 8 Exhibit 21 to 22 to the Haker Declaration (Redacted), # 9 Exhibit 23 to the Haker Declaration, # 10 Exhibit 24 to 27 to the Haker Declaration (Redacted), # 11 Exhibit 28 to 31 to the Haker Declaration, # 12 Exhibit 32 to 36 to the Haker Declaration, # 13 Exhibit 37 to 38 to the Haker Declaration (Redacted), # 14 Exhibit 39 to the Haker Declaration, # 15 Exhibit 40 to 43 to the Haker Declaration (Redacted), # 16 Exhibit 44 to the Haker Declaration, # 17 Exhibit 45 to 48 to the Haker Declaration (Redacted), # 18 Exhibit 49 to the Haker Declaration, # 19 Exhibit 50 to 51 to the Haker Declaration (Redacted), # 20 Exhibit 52 to the Haker Declaration, # 21 Exhibit 53 to 56 to the Haker Declaration (Redacted), # 22 Exhibit 57 to the Haker Declaration, # 23 Exhibit 58 to 67 to the Haker Declaration (Redacted), # 24 Exhibit |

| | | |
|---|---|---|
| | | 68 to the Haker Declaration, # <u>25</u> Exhibit 69 to 82 to the Haker Declaration (Redacted), # <u>26</u> Exhibit 83 to the Haker Declaration, # <u>27</u> Exhibit 84 to 87 to the Haker Declaration (Redacted), # <u>28</u> Exhibit 88 to the Haker Declaration, # <u>29</u> Exhibit 89 to 92 to the Haker Declaration (Redacted), # <u>30</u> Exhibit 93 to the Haker Declaration, # <u>31</u> Exhibit 94 to 101 to the Haker Declaration (Redacted), # <u>32</u> Exhibit 102 to 103 to the Haker Declaration, # <u>33</u> Exhibit 104 to 107 to the Haker Declaration (Redacted), # <u>34</u> Exhibit 108 to the Haker Declaration, # <u>35</u> Exhibit 109 to 110 to the Haker Declaration (Redacted), # <u>36</u> Exhibit 111 108 to the Haker Declaration, # <u>37</u> Exhibit 112 to 121 to the Haker Declaration (Redacted), # <u>38</u> Exhibit 122 to 123 to the Haker Declaration, # <u>39</u> Exhibit 124 to 146 to the Haker Declaration (Redacted), # <u>40</u> Exhibit 147 to 149 to the Haker Declaration, # <u>41</u> Exhibit 150 to 151 to the Haker Declaration (Redacted), # <u>42</u> Exhibit 152 to the Haker Declaration, # <u>43</u> Exhibit 153 to 154 to the Haker Declaration (Redacted), # <u>44</u> Exhibit 155 to 157 to the Haker Declaration, # <u>45</u> Exhibit 158 to 171 to the Haker Declaration (Redacted), # <u>46</u> Exhibit 172 to the Haker Declaration, # <u>47</u> Exhibit 173 to 248 to the Haker Declaration (Redacted), # <u>48</u> Exhibit 249 to 263 to the Haker Declaration, # <u>49</u> Exhibit 264 to the Haker Declaration (Redacted), # <u>50</u> Exhibit 265 to the Haker Declaration (Redacted), # <u>51</u> Exhibit 266 to 280 to the Haker Declaration, # <u>52</u> Exhibit 281 to 284 to the Haker Declaration).(Haker, Oliver) (Entered: 10/04/2021) |
| 10/04/2021 | <u>131</u> | DECLARATION of Arieh Dan Spitzen in Opposition re: <u>115</u> MOTION to Dismiss for Lack of Jurisdiction .. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner. (Attachments: # <u>1</u> Exhibit 1 to the Spitzen Declaration, # <u>2</u> Exhibit 2 to the Spitzen Declaration, # <u>3</u> Exhibit 3 to the Spitzen Declaration (Redacted), # <u>4</u> Exhibit 4 to the Spitzen Declaration, # <u>5</u> Exhibit 5 to the Spitzen Declaration, # <u>6</u> Exhibit 6 to the Spitzen Declaration, # <u>7</u> Exhibit 7 to the Spitzen Declaration, # <u>8</u> Exhibit 8 to the Spitzen Declaration, # <u>9</u> Exhibit 9 to the Spitzen Declaration, # <u>10</u> Exhibit 10 to the Spitzen Declaration, # <u>11</u> Exhibit 11 to the Spitzen Declaration, # <u>12</u> Exhibit 12 to the Spitzen Declaration, # <u>13</u> Exhibit 13 to the Spitzen Declaration, # <u>14</u> Exhibit 14 to the Spitzen Declaration (Redacted), # <u>15</u> Exhibit 15 to the Spitzen Declaration (Redacted), # <u>16</u> Exhibit 16 to the Spitzen Declaration (Redacted), # <u>17</u> Exhibit 17 to the Spitzen Declaration (Redacted), # <u>18</u> Exhibit 18 to the Spitzen Declaration).(Sinaiko, Stephen) (Entered: 10/04/2021) |
| 10/04/2021 | <u>132</u> | DECLARATION of Nick Kaufman in Opposition re: <u>115</u> MOTION to Dismiss for Lack of Jurisdiction .. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Shelley Trattner, Sara Shatsky Tzimmerman..(Sinaiko, Stephen) (Entered: 10/04/2021) |
| 10/04/2021 | <u>133</u> | MEMORANDUM OF LAW in Opposition re: <u>118</u> MOTION for Summary Judgment *On The Federal Claims and Motion to Dismiss The Non−Federal Claims*. *(Redacted)*. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman..(Lowell, Abbe) (Entered: 10/04/2021) |
| 10/04/2021 | <u>134</u> | COUNTER STATEMENT TO <u>121</u> Rule 56.1 Statement. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, |

| | | |
|---|---|---|
| | | Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman..(Lowell, Abbe) (Entered: 10/04/2021) |
| 10/04/2021 | 135 | MEMORANDUM OF LAW in Opposition re: 115 MOTION to Dismiss for Lack of Jurisdiction . . Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman..(Sinaiko, Stephen) (Entered: 10/04/2021) |
| 10/05/2021 | 136 | DECLARATION of Abbe David Lowell in Opposition re: 118 MOTION for Summary Judgment *On The Federal Claims and Motion to Dismiss The Non–Federal Claims*.. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman. (Attachments: # 1 Index of Evidence in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, # 2 Exhibit 1, # 3 Exhibit 2a, # 4 Exhibit 2b, # 5 Exhibit 2c, # 6 Exhibit 3, # 7 Exhibit 4 (Sealed), # 8 Exhibit 5 (Sealed), # 9 Exhibit 6 (Sealed), # 10 Exhibit 7 (Sealed), # 11 Exhibit 8, # 12 Exhibit 9a, # 13 Exhibit 9b, # 14 Exhibit 9c, # 15 Exhibit 9d, # 16 Exhibit 9e, # 17 Exhibit 9f, # 18 Exhibit 10, # 19 Exhibit 11, # 20 Exhibit 12, # 21 Exhibit 13, # 22 Exhibit 14, # 23 Exhibit 15, # 24 Exhibit 16, # 25 Exhibit 17, # 26 Exhibit 18, # 27 Exhibit 19, # 28 Exhibit 20, # 29 Exhibit 21, # 30 Exhibit 22a, # 31 Exhibit 22b, # 32 Exhibit 22c, # 33 Exhibit 22d, # 34 Exhibit 23, # 35 Exhibit 24 (Sealed), # 36 Exhibit 25, # 37 Exhibit 26, # 38 Exhibit 27, # 39 Exhibit 28, # 40 Exhibit 29, # 41 Exhibit 30, # 42 Exhibit 31, # 43 Exhibit 32, # 44 Exhibit 33a, # 45 Exhibit 33b, # 46 Exhibit 33c, # 47 Exhibit 34, # 48 Exhibit 35, # 49 Exhibit 36, # 50 Exhibit 37, # 51 Exhibit 38, # 52 Exhibit 39 (Sealed), # 53 Exhibit 40, # 54 Exhibit 41, # 55 Exhibit 42, # 56 Exhibit 43, # 57 Exhibit 44, # 58 Exhibit 45, # 59 Exhibit 46, # 60 Exhibit 47, # 61 Exhibit 48, # 62 Exhibit 49, # 63 Exhibit 50, # 64 Exhibit 51 (Sealed), # 65 Exhibit 52 (Sealed), # 66 Exhibit 53 (Sealed), # 67 Exhibit 54 (Sealed), # 68 Exhibit 55 (Sealed), # 69 Exhibit 56 (Sealed), # 70 Exhibit 57 (Sealed), # 71 Exhibit 58 (Sealed), # 72 Exhibit 59 (Sealed), # 73 Exhibit 60 (Sealed), # 74 Exhibit 61 (Sealed), # 75 Exhibit 62 (Sealed), # 76 Exhibit 63 (Sealed), # 77 Exhibit 64 (Sealed), # 78 Exhibit 65 (Sealed), # 79 Exhibit 66 (Sealed), # 80 Exhibit 67 (Sealed), # 81 Exhibit 68, # 82 Exhibit 69, # 83 Exhibit 70, # 84 Exhibit 71 (Sealed), # 85 Exhibit 72, # 86 Exhibit 73, # 87 Exhibit 74, # 88 Exhibit 75, # 89 Exhibit 76, # 90 Exhibit 77, # 91 Exhibit 78, # 92 Exhibit 79, # 93 Exhibit 80, # 94 Exhibit 81, # 95 Exhibit 82 (Sealed), # 96 Exhibit 83 (Sealed), # 97 Exhibit 84 (Sealed), # 98 Exhibit 85 (Sealed), # 99 Exhibit 86 (Sealed), # 100 Exhibit 87 (Sealed), # 101 Exhibit 88, # 102 Exhibit 89, # 103 Exhibit 90, # 104 Exhibit 91, # 105 Exhibit 92, # 106 Exhibit 93, # 107 Exhibit 94, # 108 Exhibit 95, # 109 Exhibit 96a, # 110 Exhibit 96b, # 111 Exhibit 96c, # 112 Exhibit 97, # 113 Exhibit 98, # 114 Exhibit 99, # 115 Exhibit 100, # 116 Exhibit 101, # 117 Exhibit 102, # 118 Exhibit 103, # 119 Exhibit 104, # 120 Exhibit 105, # 121 Exhibit 106, # 122 Exhibit 107, # 123 Exhibit 108, # 124 Exhibit 109, # 125 Exhibit 110a, # 126 Exhibit 110b, # 127 Exhibit 111, # 128 Exhibit 112, # 129 Exhibit 113, # 130 Exhibit 114, # 131 Exhibit 115, # 132 Exhibit 116, # 133 Exhibit 117, # 134 Exhibit 118, # 135 Exhibit 119).(Lowell, Abbe) (Entered: 10/05/2021) |
| 10/11/2021 | 137 | LETTER MOTION to Seal *re: Plaintiffs' Opposition to Defendants' Motion for Summary Judgment (ECF 136)*, addressed to Judge Mary Kay Vyskocil from Plaintiffs dated October 11, 2021. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor |

| | | |
|---|---|---|
| | | Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman..(Lowell, Abbe) (Entered: 10/11/2021) |
| 10/11/2021 | 138 | LETTER MOTION to Seal addressed to Judge Mary Kay Vyskocil from Gassan A. Baloul dated October 11, 2021. Document filed by The Palestine Liberation Organization, The Palestinian Authority..(Baloul, Gassan) (Entered: 10/11/2021) |
| 10/25/2021 | 139 | NOTICE OF APPEARANCE by Benjamin Henry Torrance on behalf of United States of America..(Torrance, Benjamin) (Entered: 10/25/2021) |
| 10/25/2021 | 140 | NOTICE of Intervention. Document filed by United States of America..(Torrance, Benjamin) (Entered: 10/25/2021) |
| 10/25/2021 | 141 | MEMORANDUM OF LAW re: 140 Notice (Other) . Document filed by United States of America..(Torrance, Benjamin) (Entered: 10/25/2021) |
| 10/26/2021 | 142 | LETTER MOTION for Conference re: 136 Declaration in Opposition to Motion,,,,,,,,,,,, *Motion to Strike certain Exhibits therein* addressed to Judge Mary Kay Vyskocil from Gassan A. Baloul dated October 26, 2021. Document filed by The Palestine Liberation Organization, The Palestinian Authority. (Attachments: # 1 Exhibit A – Expert Exclusion Order).(Baloul, Gassan) (Entered: 10/26/2021) |
| 10/27/2021 | 143 | REPLY MEMORANDUM OF LAW in Support re: 115 MOTION to Dismiss for Lack of Jurisdiction . . Document filed by The Palestine Liberation Organization, The Palestinian Authority..(Baloul, Gassan) (Entered: 10/27/2021) |
| 10/27/2021 | 144 | DECLARATION of Joseph S. Alonzo in Support re: 115 MOTION to Dismiss for Lack of Jurisdiction .. Document filed by The Palestine Liberation Organization, The Palestinian Authority. (Attachments: # 1 Exhibit 1 – Webpage Printout, # 2 Exhibit 2 – Webpage Printout, # 3 Exhibit 3 – Webpage Printout, # 4 Exhibit 4 – Webpage Printout, # 5 Exhibit 5 – Webpage Printout, # 6 Exhibit 6 – Webpage Printout, # 7 Exhibit 7 – Webpage Printout, # 8 Exhibit 8 – Webpage Printout, # 9 Exhibit 9 – Webpage Printout, # 10 Exhibit 10 – Webpage Printout, # 11 Exhibit 11 – Webpage Printout, # 12 Exhibit 12 – Report, # 13 Exhibit 13 – Webpage Printout, # 14 Exhibit 14 – Webpage Printout, # 15 Exhibit 15 – Webpage Printout, # 16 Exhibit 16 – Webpage Printout, # 17 Exhibit 17 – Webpage Printout, # 18 Exhibit 18 – Webpage Printout, # 19 Exhibit 19 – Webpage Printout, # 20 Exhibit 20 – Webpage Printout, # 21 Exhibit 21 – Sealed Exhibit, # 22 Exhibit 22 – Sealed Exhibit, # 23 Exhibit 23 – Sealed Exhibit, # 24 Exhibit 24 – United Nations Report).(Baloul, Gassan) (Entered: 10/27/2021) |
| 10/27/2021 | 145 | REPLY MEMORANDUM OF LAW in Support re: 118 MOTION for Summary Judgment *On The Federal Claims and Motion to Dismiss The Non–Federal Claims*. . Document filed by The Palestine Liberation Organization, The Palestinian Authority..(Baloul, Gassan) (Entered: 10/27/2021) |
| 10/27/2021 | 146 | RESPONSE re: 134 Counter Statement to Rule 56.1,, *(Redacted)*. Document filed by The Palestine Liberation Organization, The Palestinian Authority..(Baloul, Gassan) (Entered: 10/27/2021) |
| 10/27/2021 | 147 | LETTER MOTION to Seal *re: ECF No. 146 [Defs. Resp. to Pls. Rule 56.1 Counterstatement]; ECF No. 144 [Second Alonzo Decl.]; ECF No. 144–21 [Second Alonzo Decl. Ex. 21]; ECF No. 144–22 [Second Alonzo Decl. Ex. 22]; and ECF No. 144–23 [Second Alonzo Decl. Ex. 23].* addressed to Judge Mary Kay Vyskocil from Gassan A. Baloul dated October 27, 2021. Document filed by The Palestine Liberation Organization, The Palestinian Authority..(Baloul, Gassan) (Entered: 10/27/2021) |
| 10/27/2021 | 148 | ***SELECTED PARTIES***REDACTION *to ECF 146 Defs. Resp. to Pls. Rule 56.1 Counterstatement* by The Palestine Liberation Organization, The Palestinian AuthorityMotion or Order to File Under Seal: 147 .(Baloul, Gassan) (Entered: 10/27/2021) |
| 10/27/2021 | 149 | ***SELECTED PARTIES***REDACTION to 144 Declaration in Support of Motion,,,, by The Palestine Liberation Organization, The Palestinian Authority (Attachments: # 1 Exhibit 21 to Second J. Alonzo Decl., # 2 Exhibit 22 to Second J. Alonzo Decl., # 3 Exhibit 23 to Second J. Alonzo Decl.)Motion or Order to File Under Seal: 147 .(Baloul, Gassan) (Entered: 10/27/2021) |

| | | |
|---|---|---|
| 10/29/2021 | <u>150</u> | LETTER RESPONSE in Opposition to Motion addressed to Judge Mary Kay Vyskocil from Abbe David Lowell dated October 29, 2021 re: <u>142</u> LETTER MOTION for Conference re: <u>136</u> Declaration in Opposition to Motion,,,,,,,,,,,,, *Motion to Strike certain Exhibits therein* addressed to Judge Mary Kay Vyskocil from Gassan A. Baloul dated October 26, 2021. . Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman..(Lowell, Abbe) (Entered: 10/29/2021) |
| 12/06/2021 | <u>151</u> | ORDER: Accordingly, it is hereby ORDERED as follows: As a general matter, it appears that Defendants may have indiscriminately designated entire documents, entire deposition transcripts, and large portions of transcripts as "Confidential" under the Court's Confidentiality Order, rather than attempting to engage in a careful review of the materials to identify those particular portions that are sufficiently sensitive to warrant confidentiality protection under that Order. Therefore, with respect to the materials that are the subject of the two motions identified above, Defendants are directed to engage in such a review, and, no later than December 13, 2021, to make redesignations only to the degree they believe it justified. Then, no later than December 20, 2021: As set forth herein. This Court will defer ruling on the non−party letter motions, pending receipt and review of the submissions required by this Order. The Clerk of Court is directed to mail a copy of this Order to proposed intervenor Mr. Michael Wagenheim, at the address shown below. SO ORDERED. (Signed by Magistrate Judge Debra C. Freeman on 12/06/2021) (ama) Transmission to Docket Assistant Clerk for processing. (Entered: 12/06/2021) |
| 12/06/2021 | | Mailed a copy of <u>151</u> Order, Set Deadlines/Hearings, to Mr. Michael Wagenheim, Senior U.S. Correspondent, I24NEWS, 1 State Street, 25th Floor, New York, New York 10004. (dsh) (Entered: 12/06/2021) |
| 12/20/2021 | <u>152</u> | LETTER addressed to Magistrate Judge Debra C. Freeman from Stephen M. Sinaiko dated 12/20/21 re: Materials Filed Pursuant to 12/6/21 Order. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman. (Attachments: # <u>1</u> Exhibit A to Letter addressed to Judge Debra Freeman from Stephen M. Sinaiko dated 12/20/21 re: Materials Filed Pursuant to 12/6/21 Order, # <u>2</u> Exhibit B to Letter addressed to Judge Debra Freeman from Stephen M. Sinaiko dated 12/20/21 re: Materials Filed Pursuant to 12/6/21 Order, # <u>3</u> Exhibit C to Letter addressed to Judge Debra Freeman from Stephen M. Sinaiko dated 12/20/21 re: Materials Filed Pursuant to 12/6/21 Order, # <u>4</u> Exhibit D to Letter addressed to Judge Debra Freeman from Stephen M. Sinaiko dated 12/20/21 re: Materials Filed Pursuant to 12/6/21 Order).(Sinaiko, Stephen) (Entered: 12/20/2021) |
| 12/20/2021 | <u>153</u> | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Debra C. Freeman from Stephen M. Sinaiko dated 12/20/21 re: Materials Filed Pursuant to 12/6/21 Order. Document filed by Chana Friedman, David Raphael Shatsky, Bella Friedman, Efrat Trattner, Jo Anne Shatsky, Shabtai Scott Shatsky, Hadassa Diner, Shelley Trattner, The Palestine Liberation Organization, Zvi Friedman, The Palestinian Authority, Ronit Trattner, Steven Braun, Ginette Lando Thaler, Yehiel Friedman, Leor Thaler, Zvi Thaler, Jo Ann Shatsky, Ilan Friedman, Miriam Friedman, Hillel Trattner, Shabtai Shatsky, Miriam Shatsky, Tzippora Shatsky Schwarz, Michael Thaler(Individually), Isaac Thaler, Aron S. Trattner, Ginette Lando Thaler, Yoseph Shatsky, Michael Thaler, Yael Hillman, Sara Shatsky Tzimmerman. (Attachments: # <u>1</u> Exhibit A (unredacted) to Letter addressed to Judge Debra Freeman from Stephen M. Sinaiko dated 12/20/21 re: Materials Filed Pursuant to 12/6/21 Order, # <u>2</u> Exhibit B (unredacted) to Letter addressed to Judge Debra Freeman from Stephen M. Sinaiko dated 12/20/21 re: Materials Filed Pursuant to 12/6/21 Order, # <u>3</u> Exhibit C (unredacted) to Letter addressed to Judge Debra Freeman from Stephen M. Sinaiko |

| | | dated 12/20/21 re: Materials Filed Pursuant to 12/6/21 Order, # 4 Exhibit D (unredacted) to Letter addressed to Judge Debra Freeman from Stephen M. Sinaiko dated 12/20/21 re: Materials Filed Pursuant to 12/6/21 Order)Motion or Order to File Under Seal: 151 .(Sinaiko, Stephen) (Entered: 12/20/2021) |
|---|---|---|
| 12/20/2021 | 154 | LETTER addressed to Magistrate Judge Debra C. Freeman from Gassan A. Baloul dated December 20, 2021 re: pursuant to paragraph 2(a) of the Courts December 6, 2021 Order. Document filed by The Palestine Liberation Organization, The Palestinian Authority..(Baloul, Gassan) (Entered: 12/20/2021) |
| 12/20/2021 | 155 | LETTER addressed to Magistrate Judge Debra C. Freeman from Gassan A. Baloul dated December 20, 2021 re: pursuant to paragraph 2(b) of the Courts December 6, 2021 Order. Document filed by The Palestine Liberation Organization, The Palestinian Authority..(Baloul, Gassan) (Entered: 12/20/2021) |
| 01/06/2022 | 156 | LETTER addressed to Judge Mary Kay Vyskocil from Gassan A. Baloul dated January 6, 2022 re: Notice of Supplemental Authority. Document filed by The Palestine Liberation Organization, The Palestinian Authority..(Baloul, Gassan) (Entered: 01/06/2022) |
| 01/06/2022 | 157 | LETTER addressed to Judge Mary Kay Vyskocil from Gassan A. Baloul dated January 6, 2022 re: Notice of Supplemental Authority. Document filed by The Palestine Liberation Organization, The Palestinian Authority..(Baloul, Gassan) (Entered: 01/06/2022) |
| 01/10/2022 | 158 | LETTER MOTION to Seal addressed to Magistrate Judge Debra C. Freeman from Kent A. Yalowitz dated January 10, 2022. Document filed by Arnold & Porter Kaye Scholer LLP..(Yalowitz, Kent) (Entered: 01/10/2022) |
| 01/10/2022 | 159 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Debra C. Freeman from Kent A. Yalowitz dated January 10, 2022 re: SEALED Supplemental Letter. Document filed by Arnold & Porter Kaye Scholer LLP.Motion or Order to File Under Seal: 158 .(Yalowitz, Kent) (Entered: 01/10/2022) |
| 01/10/2022 | 160 | LETTER addressed to Magistrate Judge Debra C. Freeman from Kent A. Yalowitz dated January 10, 2022 re: REDACTED Supplemental Letter 158 . Document filed by Arnold & Porter Kaye Scholer LLP..(Yalowitz, Kent) (Entered: 01/10/2022) |
| 01/13/2022 | 161 | LETTER addressed to Magistrate Judge Debra C. Freeman from Gassan A. Baloul dated January 13, 2022 re: Response to Arnold & Porter Letter Jan. 10, 2022. Document filed by The Palestine Liberation Organization, The Palestinian Authority. (Attachments: # 1 Exhibit A – Aug. 20, 2021 Letter).(Baloul, Gassan) (Entered: 01/13/2022) |
| 02/23/2022 | 162 | LETTER addressed to Judge Mary Kay Vyskocil from Stephen M. Sinaiko dated 2/23/22 re: Response to Defendants' January 6, 2022 letters. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman. (Attachments: # 1 Exhibit – Attachment to Letter).(Sinaiko, Stephen) (Entered: 02/23/2022) |
| 02/25/2022 | 163 | LETTER addressed to Judge Mary Kay Vyskocil from Gassan A. Baloul dated February 25, 2022 re: Response to Plaintiffs Feb. 23, 2022 Letter. Document filed by The Palestine Liberation Organization, The Palestinian Authority..(Baloul, Gassan) (Entered: 02/25/2022) |
| 03/11/2022 | 164 | LETTER addressed to Judge Mary Kay Vyskocil from Gassan A. Baloul dated March 11, 2022 re: Notice of Supplemental Authority. Document filed by The Palestine Liberation Organization, The Palestinian Authority..(Baloul, Gassan) (Entered: 03/11/2022) |
| 03/18/2022 | 165 | OPINION AND ORDER GRANTING MOTION TO DISMISS re: 118 MOTION for Summary Judgment *On The Federal Claims and Motion to Dismiss The Non–Federal Claims.* filed by The Palestinian Authority, The Palestine Liberation Organization, 138 |

| | | |
|---|---|---|
| | | LETTER MOTION to Seal addressed to Judge Mary Kay Vyskocil from Gassan A. Baloul dated October 11, 2021. filed by The Palestinian Authority, The Palestine Liberation Organization, 142 LETTER MOTION for Conference re: 136 Declaration in Opposition to Motion,,,,,,,,,,,, *Motion to Strike certain Exhibits therein* addressed to Judge Mary Kay Vyskocil from Gassan A. Baloul dated October 26, 2021. filed by The Palestinian Authority, The Palestine Liberation Organization, 147 LETTER MOTION to Seal *re: ECF No. 146 [Defs. Resp. to Pls. Rule 56.1 Counterstatement]; ECF No. 144 [Second Alonzo Decl.]; ECF No. 144−21 [Second Alonzo Decl. Ex. 21]; ECF No. 144−22 [Second Alonzo Decl. Ex. 22]; and ECF No. 144−23 [Second Alonzo filed by The Palestinian Authority, The Palestine Liberation Organization, 115 MOTION to Dismiss for Lack of Jurisdiction . filed by The Palestinian Authority, The Palestine Liberation Organization, 137 LETTER MOTION to Seal re: Plaintiffs' Opposition to Defendants' Motion for Summary Judgment (ECF 136), addressed to Judge Mary Kay Vyskocil from Plaintiffs dated October 11, 2021. filed by Miriam Shatsky, Michael Thaler, Tzippora Shatsky Schwarz, Yael Hillman, Isaac Thaler, Shelley Trattner, Shabtai Shatsky, Chana Friedman, Zvi Friedman, Jo Anne Shatsky, Yoseph Shatsky, Steven Braun, Ginette Lando Thaler, Jo Ann Shatsky, Ilan Friedman, Leor Thaler, Hillel Trattner, Aron S. Trattner, Ronit Trattner, Efrat Trattner, Sara Shatsky Tzimmerman, Yehiel Friedman, Miriam Friedman, David Raphael Shatsky, Shabtai Scott Shatsky, Hadassa Diner, Bella Friedman, Zvi Thaler, 158 LETTER MOTION to Seal addressed to Magistrate Judge Debra C. Freeman from Kent A. Yalowitz dated January 10, 2022. filed by Arnold & Porter Kaye Scholer LLP.For the reasons set forth above, Defendants' motion to dismiss for lack of personal jurisdiction [ECF No. 115] is GRANTED. Defendants' motion for summary judgment [ECF No. 118] is DENIED as moot. All outstanding motions to seal filings and strike exhibits are DENIED [ECF Nos. 137, 138, 142, 147, 158]. SO ORDERED. (Signed by Judge Mary Kay Vyskocil on 3/18/2022) (tg) Transmission to Orders and Judgments Clerk for processing. (Entered: 03/18/2022)* |
| 03/18/2022 | 166 | In an Opinion and Order dated March 18, 2022 [ECF No. 165] the Court denied all open motions to seal. Accordingly, the Clerk of Court is respectfully directed to terminate the letter motions pending at docket entries 67, 98, and 102. In addition, because the Court granted Defendants' motion to dismiss, the Clerk of Court is respectfully directed to close this case. (HEREBY ORDERED by Judge Mary Kay Vyskocil)(Text Only Order) (Entered: 03/18/2022) |
| 03/21/2022 | 167 | CLERK'S JUDGMENT re: 165 Memorandum & Opinion in favor of The Palestine Liberation Organization, The Palestinian Authority against Aron S. Trattner, Bella Friedman, Chana Friedman, David Raphael Shatsky, Efrat Trattner, Ginette Lando Thaler, Ginette Lando Thaler, Hadassa Diner, Hillel Trattner, Ilan Friedman, Isaac Thaler, Jo Ann Shatsky, Jo Anne Shatsky, Leor Thaler, Michael Thaler, Miriam Friedman, Miriam Shatsky, Ronit Trattner, Sara Shatsky Tzimmerman, Shabtai Shatsky, Shabtai Scott Shatsky, Shelley Trattner, Steven Braun, Tzippora Shatsky Schwarz, Yael Hillman, Yehiel Friedman, Yoseph Shatsky, Zvi Friedman, Zvi Thaler. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated March 18, 2022, Defendants' motion to dismiss for lack of personal jurisdiction is GRANTED. Defendants' motion for summary judgment is DENIED as moot. All outstanding motions to seal filings and strike exhibits are DENIED [ECF Nos. 137, 138, 142, 147, 158]. (Signed by Clerk of Court Ruby Krajick on 3/21/2022) (Attachments: # 1 Right to Appeal) (km) (Entered: 03/21/2022) |
| 03/21/2022 | | Terminate Transcript Deadlines (km) (Entered: 03/21/2022) |
| 03/23/2022 | 168 | NOTICE of Public Filing of ECF 101 re: 101 Letter,. Document filed by Arnold & Porter Kaye Scholer LLP. (Attachments: # 1 Letter to Judge Freeman re Claim of Functional Immunity, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9).(Yalowitz, Kent) (Entered: 03/23/2022) |
| 04/06/2022 | 169 | MEMORANDUM OF LAW in Opposition re: 118 MOTION for Summary Judgment *On The Federal Claims and Motion to Dismiss The Non−Federal Claims. (Unredacted Version for Replacement of Redacted Version at ECF No. 133).* Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann |

| | | |
|---|---|---|
| | | Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman..(Lowell, Abbe) (Entered: 04/06/2022) |
| 04/06/2022 | 170 | COUNTER STATEMENT TO 121 Rule 56.1 Statement. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman..(Lowell, Abbe) (Entered: 04/06/2022) |
| 04/06/2022 | 171 | NOTICE of Filing of Unredacted Versions of ECF Nos. 133, 134 and Certain Exhibits to ECF No. 136 Pursuant to Opinion and Order Dated March 18, 2022 and Protective Order re: 133 Memorandum of Law in Opposition to Motion,, 136 Declaration in Opposition to Motion,,,,,,,,,,,, 134 Counter Statement to Rule 56.1,. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman. (Attachments: # 1 Exhibit 4, # 2 Exhibit 5, # 3 Exhibit 6, # 4 Exhibit 7, # 5 Exhibit 11, # 6 Exhibit 12, # 7 Exhibit 13, # 8 Exhibit 14, # 9 Exhibit 24, # 10 Exhibit 39, # 11 Exhibit 51, # 12 Exhibit 52, # 13 Exhibit 53, # 14 Exhibit 54, # 15 Exhibit 55, # 16 Exhibit 56, # 17 Exhibit 57, # 18 Exhibit 58, # 19 Exhibit 59, # 20 Exhibit 60, # 21 Exhibit 61, # 22 Exhibit 62, # 23 Exhibit 63, # 24 Exhibit 64, # 25 Exhibit 65, # 26 Exhibit 66, # 27 Exhibit 67, # 28 Exhibit 71, # 29 Exhibit 82, # 30 Exhibit 83, # 31 Exhibit 84, # 32 Exhibit 85, # 33 Exhibit 86, # 34 Exhibit 87).(Lowell, Abbe) (Entered: 04/06/2022) |
| 04/13/2022 | 172 | NOTICE OF APPEAL from 167 Clerk's Judgment,,,, 165 Memorandum & Opinion,,,,,,,,,. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman. Filing fee $ 505.00, receipt number ANYSDC−26004446. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 Exhibit A − Order appealed from, # 2 Exhibit B − Judgment appealed from).(Tolchin, Robert) Modified on 4/13/2022 (nd). (Entered: 04/13/2022) |
| 04/13/2022 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 172 Notice of Appeal..(nd) (Entered: 04/13/2022) |
| 04/13/2022 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 172 Notice of Appeal,,, filed by Miriam Shatsky, Michael Thaler, Tzippora Shatsky Schwarz, Yael Hillman, Isaac Thaler, Shelley Trattner, Shabtai Shatsky, Chana Friedman, Zvi Friedman, Jo Anne Shatsky, Yoseph Shatsky, Steven Braun, Ginette Lando Thaler, Jo Ann Shatsky, Ilan Friedman, Leor Thaler, Hillel Trattner, Aron S. Trattner, Ronit Trattner, Efrat Trattner, Sara Shatsky Tzimmerman, Yehiel Friedman, Miriam Friedman, David Raphael Shatsky, Shabtai Scott Shatsky, Hadassa Diner, Bella Friedman, Zvi Thaler were transmitted to the U.S. Court of Appeals..(nd) (Entered: 04/13/2022) |
| 05/11/2022 | 173 | LETTER addressed to Judge Mary Kay Vyskocil from Gassan A. Baloul dated May 11, 2022 re: response to request to unseal. Document filed by The Palestine Liberation Organization, The Palestinian Authority. (Attachments: # 1 Exhibit Tab A).(Baloul, Gassan) (Entered: 05/11/2022) |

| 05/12/2022 | 174 | LETTER addressed to Judge Mary Kay Vyskocil from Asher Perlin dated 05/12/2022 re: March 18, 2022 Order Denying Motions to Seal. Document filed by Shelley Levine..(Perlin, Asher) (Entered: 05/12/2022) |
|---|---|---|
| 05/12/2022 | 175 | LETTER addressed to Judge Mary Kay Vyskocil from Gassan A. Baloul dated May 12, 2022 re: Response to Levine plaintiffs letter–motion 174 . Document filed by The Palestine Liberation Organization, The Palestinian Authority..(Baloul, Gassan) (Entered: 05/12/2022) |
| 05/16/2022 | 176 | NOTICE of Filing of Unredacted Versions of ECF Nos. 130, 131, 132, 135, Certain Exhibits to ECF No. 130 that were previously filed in redacted form, and Certain Exhibits of ECF No. 131 that were previously filed in redacted form and Request to the Clerk of the Court to Substitute Unredacted Versions of those Filings re: 130 Declaration in Opposition to Motion,,,,,,,,,,,,, 131 Declaration in Opposition to Motion,,,,,, 135 Memorandum of Law in Opposition to Motion,, 132 Declaration in Opposition to Motion,,. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman..(Sinaiko, Stephen) (Entered: 05/16/2022) |
| 05/16/2022 | 177 | DECLARATION of Oliver Haker in Opposition re: 115 MOTION to Dismiss for Lack of Jurisdiction .. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman. (Attachments: # 1 Exhibit Unredacted Copies of Exhibits 1 to 3 to the Haker Declaration (Previously Filed as ECF No. 130–1), # 2 Exhibit Unredacted Copies of Exhibits 18 to 19 to the Haker Declaration (Previously Filed as ECF No. 130–6), # 3 Exhibit Unredacted Copies of Exhibits 21 to 22 to the Haker Declaration (Previously Filed as ECF No. 130–8), # 4 Exhibit Unredacted Copies of Exhibits 24 to 27 to the Haker Declaration (Previously Filed as ECF No. 130–10), # 5 Exhibit Unredacted Copies of Exhibits 37 to 38 to the Haker Declaration (Previously Filed as ECF No. 130–13), # 6 Exhibit Unredacted Copies of Exhibits 40 to 43 to the Haker Declaration (Previously Filed as ECF No. 130–15), # 7 Exhibit Unredacted Copies of Exhibits 45 to 48 to the Haker Declaration (Previously Filed as ECF No. 130–17), # 8 Exhibit Unredacted Copies of Exhibits 50 to 51 to the Haker Declaration (Previously Filed as ECF No. 130–19), # 9 Exhibit Unredacted Copies of Exhibits 53 to 56 to the Haker Declaration (Previously Filed as ECF No. 130–21), # 10 Exhibit Unredacted Copies of Exhibits 58 to 67 to the Haker Declaration (Previously Filed as ECF No. 130–23), # 11 Exhibit Unredacted Copies of Exhibits 69 to 82 to the Haker Declaration (Previously Filed as ECF No. 130–25), # 12 Exhibit Unredacted Copies of Exhibits 84 to 87 to the Haker Declaration (Previously Filed as ECF No. 130–27), # 13 Exhibit Unredacted Copies of Exhibits 89 to 92 to the Haker Declaration (Previously Filed as ECF No. 130–29), # 14 Exhibit Unredacted Copies of Exhibits 94 to 101 to the Haker Declaration (Previously Filed as ECF No. 130–31), # 15 Exhibit Unredacted Copies of Exhibits 104 to 107 to the Haker Declaration (Previously Filed as ECF No. 130–33), # 16 Exhibit Unredacted Copies of Exhibits 109 to 110 to the Haker Declaration (Previously Filed as ECF No. 130–35), # 17 Exhibit Unredacted Copies of Exhibits 112 to 121 to the Haker Declaration (Previously Filed as ECF No. 130–37), # 18 Exhibit Part 1 of Unredacted Copies of Exhibits 124 to 146 to the Haker Declaration (Previously Filed as ECF No. 130–39), # 19 Exhibit Part 2 of Unredacted Copies of Exhibits 124 to 146 to the Haker Declaration (Previously Filed as ECF No. 130–39), # 20 Exhibit Part 3 of Unredacted Copies of Exhibits 124 to 146 to the Haker Declaration (Previously Filed as ECF No. 130–39), # 21 Exhibit Part 4 of Unredacted Copies of Exhibits 124 to 146 to the Haker Declaration (Previously Filed as ECF No. 130–39), # 22 Exhibit Unredacted Copies of Exhibits 150 to 151 to the Haker Declaration (Previously Filed as ECF No. 130–41), # 23 Exhibit Unredacted Copies of Exhibits 153 to 154 to the Haker Declaration (Previously Filed as ECF No. 130–43), # |

| | | |
|---|---|---|
| | | 24 Exhibit Part 1 of Unredacted Copies of Exhibits 158 to 171 to the Haker Declaration (Previously Filed as ECF No. 130–45), # 25 Exhibit Part 2 of Unredacted Copies of Exhibits 158 to 171 to the Haker Declaration (Previously Filed as ECF No. 130–45), # 26 Exhibit Part 3 of Unredacted Copies of Exhibits 158 to 171 to the Haker Declaration (Previously Filed as ECF No. 130–45), # 27 Exhibit Part 1 of Unredacted Copies of Exhibits 173 to 248 to the Haker Declaration (Previously Filed as ECF No. 130–47), # 28 Exhibit Part 2 of Unredacted Copies of Exhibits 173 to 248 to the Haker Declaration (Previously Filed as ECF No. 130–47), # 29 Exhibit Part 3 of Unredacted Copies of Exhibits 173 to 248 to the Haker Declaration (Previously Filed as ECF No. 130–47), # 30 Exhibit Part 4 of Unredacted Copies of Exhibits 173 to 248 to the Haker Declaration (Previously Filed as ECF No. 130–47), # 31 Exhibit Part 5 of Unredacted Copies of Exhibits 173 to 248 to the Haker Declaration (Previously Filed as ECF No. 130–47), # 32 Exhibit Part 6 of Unredacted Copies of Exhibits 173 to 248 to the Haker Declaration (Previously Filed as ECF No. 130–47), # 33 Exhibit Part 7 of Unredacted Copies of Exhibits 173 to 248 to the Haker Declaration (Previously Filed as ECF No. 130–47), # 34 Exhibit Part 8 of Unredacted Copies of Exhibits 173 to 248 to the Haker Declaration (Previously Filed as ECF No. 130–47), # 35 Exhibit Part 9 of Unredacted Copies of Exhibits 173 to 248 to the Haker Declaration (Previously Filed as ECF No. 130–47), # 36 Exhibit Unredacted Copy of Exhibit 264 to the Haker Declaration (Previously Filed as ECF No. 130–49), # 37 Exhibit Unredacted Copy of Exhibit 265 to the Haker Declaration (Previously Filed as ECF No. 130–50)).(Haker, Oliver) (Entered: 05/16/2022) |
| 05/16/2022 | 178 | DECLARATION of Arieh Dan Spitzen in Opposition re: 115 MOTION to Dismiss for Lack of Jurisdiction .. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman. (Attachments: # 1 Exhibit Unredacted Copy of Exhibit 3 to the Spitzen Declaration (Previously Filed as ECF No. 131–03), # 2 Exhibit Unredacted Copy of Exhibit 14 to the Spitzen Declaration (Previously Filed as ECF No. 131–14), # 3 Exhibit Unredacted Copy of Exhibit 15 to the Spitzen Declaration (Previously Filed as ECF No. 131–15), # 4 Exhibit Unredacted Copy of Exhibit 16 to the Spitzen Declaration (Previously Filed as ECF No. 131–16), # 5 Exhibit Unredacted Copy of Exhibit 17 to the Spitzen Declaration (Previously Filed as ECF No. 131–17)).(Sinaiko, Stephen) (Entered: 05/16/2022) |
| 05/16/2022 | 179 | DECLARATION of Nick Kaufman in Opposition re: 115 MOTION to Dismiss for Lack of Jurisdiction .. Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman..(Sinaiko, Stephen) (Entered: 05/16/2022) |
| 05/16/2022 | 180 | MEMORANDUM OF LAW in Opposition re: 115 MOTION to Dismiss for Lack of Jurisdiction . (*Unredacted Copy of Plaintiffs' Memorandum of Law Previously Filed as ECF No. 135*). Document filed by Steven Braun, Hadassa Diner, Bella Friedman, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman, Yael Hillman, Ginette Lando Thaler, Tzippora Shatsky Schwarz, David Raphael Shatsky, Jo Ann Shatsky, Jo Anne Shatsky, Miriam Shatsky, Shabtai Scott Shatsky, Shabtai Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Leor Thaler, Michael Thaler(Individually), Michael Thaler, Zvi Thaler, Aron S. Trattner, Efrat Trattner, Hillel Trattner, Ronit Trattner, Shelley Trattner, Sara Shatsky Tzimmerman..(Sinaiko, Stephen) (Entered: 05/16/2022) |
| 05/20/2022 | 181 | NOTICE OF APPEAL from 167 Clerk's Judgment,,,,. Document filed by United States of America. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Torrance, Benjamin (Entered: 05/20/2022) |

| 05/20/2022 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 181 Notice of Appeal. (tp) (Entered: 05/20/2022) |
|---|---|---|
| 05/20/2022 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 181 Notice of Appeal filed by United States of America were transmitted to the U.S. Court of Appeals. (tp) (Entered: 05/20/2022) |