## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Shatsky v. Palestine Liberation Organization    Docket No.: 22-1138

Lead Counsel of Record (name/firm) or Pro se Party (name): Gassan A. Baloul, Squire Patton Boggs (US) LLP

Appearance for (party/designation): Palestine Liberation Organization and Palestinian Authority, Defendants-Appellees

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✔) Correct
( ) Incorrect.    See attached caption page with corrections.

**Appellate Designation** is:
(✔) Correct
( ) Incorrect.    The following parties do not wish to participate in this appeal:
    Parties: _____
( ) Incorrect.    Please change the following parties' designations:
    Party                           Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✔) Correct
( ) Incorrect or Incomplete.    As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____  Fax: _____
Email: _____

## RELATED CASES

(✔) This case has not been before this Court previously.
( ) This case has been before this Court previously.    The short title, docket number, and citation are: _____

(✔) Matters related to this appeal or involving the same issue have been or presently are before this Court.    The short titles, docket numbers, and citations are: Fuld v. Palestine Liberation Organization, 22-76, 22-496; Sokolow v. Palestine Liberation Organization, 15-3135, 22-1060; Shatsky v. Palestine Liberation Organization, 22-791

## CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on August 27, 2020     OR that ( ) I applied for admission on _____ or renewal on _____.    If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: s/ Gassan A. Baloul
Type or Print Name: Gassan A. Baloul
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.