# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Shatsky v. Palestine Liberation Organization       Docket No.: 22-1138

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Mitchell R. Berger

Firm: Squire Patton Boggs (US) LLP

Address: 2550 M St. NW, Washington, DC 20037

Telephone: (202) 457-5601       Fax: (202) 457-6315

E-mail: mitchell.berger@squirepb.com

Appearance for: Palestine Liberation Organization and Palestinian Authority, Defendants-Appellees
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Gassan A. Baloul/Squire Patton Boggs (US) LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on July 14, 2021       OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Mitchell R. Berger

Type or Print Name: Mitchell R. Berger