# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-791, 22-1138

**Caption [use short title]**

**Motion for:** abeyance

Set forth below precise, complete statement of relief sought:

place 22-1138 in abeyance on the same terms that 22-791 is already in abeyance

Shatsky v. Palestine Liberation Org.

**MOVING PARTY:** United States (intervenor-appellant)   **OPPOSING PARTY:** Palestine Liberation Org.

☐ Plaintiff    ☐ Defendant
☑ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** Benjamin H. Torrance   **OPPOSING ATTORNEY:** _____

[name of attorney, with firm, address, phone number and e-mail]

US Attorney's Office, SDNY

86 Chambers St., New York NY 10007

212.637.2703; benjamin.torrance@usdoj.gov

1. Mitchell Berger, Squire Patton Boggs 2550 M St. NW, Washington DC 20037

202.457.5601; mitchell.berger@squirepb.com

2. Robert Tolchin, Berkman Law, 111 Livingston St., Brooklyn NY 11201, 718.855.3627

rtolchin@berkmanlaw.com

Court- Judge/ Agency appealed from: _____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date:_____

**Signature of Moving Attorney:**

/s/ Benjamin H. Torrance    **Date:** 10 June 2022    Service by: ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

-----------------------------------------------------------------x

Shatsky v. Palestine Liberation Organization,    Nos. 22-791, 22-1138


-----------------------------------------------------------------x

## United States of America's Memorandum in Support of Uncontested Motion to Hold 22-1138 in Abeyance

With the consent of plaintiffs and defendants in the above-captioned appeals, intervenor-appellant the United States (the "government") respectfully moves the Court to place appeal number 22-1138 in abeyance on the same terms that 22-791 has already been placed in abeyance. Placing these consolidated appeals on the same schedule would serve the interest of judicial economy because the appeals arise from the same decision of the district court and raise the same issue: whether the Promoting Security and Justice for Victims of Terrorism Act ("PSJVTA"), 18 U.S.C. § 2334(e), is constitutional.

## Statement of the Case

<u>Factual Background</u>

Plaintiffs commenced this action in the district court under the Anti-Terrorism Act of 1992. (S.D.N.Y. Docket No. 18-12355 ("D. Ct.

ECF")). Plaintiffs asserted the district court has personal jurisdiction over defendants under the PSJVTA. Defendants challenged personal jurisdiction on the ground, among others, that the PSJVTA is unconstitutional. The government intervened to defend the constitutionality of the statute. (D. Ct. ECF 140). In March 2022, the district court held that the PSJVTA does not constitutionally permit the assertion of personal jurisdiction in this case and dismissed the action. (D. Ct. ECF 165).

Plaintiffs filed a notice of appeal on April 13, 2022 (D. Ct. ECF 172), and this Court docketed that appeal as No. 22-791. The government then filed a notice of appeal on May 20, 2022 (D. Ct. ECF 181), and that appeal was docketed as No. 22-1138. The Court consolidated the two appeals.

On April 10, 2022, plaintiffs moved to hold No. 22-791 in abeyance pending the outcome of an appeal that raises the same issue, *Fuld v. PLO*, Nos. 22-76, 22-496 (ECF 10); the Court granted that motion on April 29, 2022 (ECF 18). However, because that motion was filed and granted before the government's appeal in 22-1138 was docketed, the abeyance order did not apply to the newly filed appeal.

## **Argument**

The United States respectfully requests that the Court place the appeal in 22-1138 in abeyance on the same terms that 22-791 is already in abeyance, so that they will proceed on the same schedule.

The sole issue before this Court in both appeals is whether the district court's judgment entered on March 21, 2022, which held the PSJVTA unconstitutional, is correct. The two appeals have already been consolidated by the Court. They should accordingly be considered together, as they present the same question arising from the same judgment of the district court. Considering these appeals on the same schedule would thus further judicial economy and avoid repetitive and potentially conflicting decisions.

## Conclusion

Accordingly, the Court should place 22-1138 in abeyance on the same terms as 22-791.

Dated: New York, New York
June 10, 2022

Respectfully submitted,

DAMIAN WILLIAMS,
United States Attorney for the
Southern District of New York,
  Attorney for Intervenor-Appellant
86 Chambers Street
New York, New York 10007
Telephone: 212.637.2703
E-mail: benjamin.torrance@usdoj.gov

BENJAMIN H. TORRANCE,
Assistant United States Attorney,
  Of Counsel.

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), the above-named counsel hereby certifies that this memorandum complies with the type-volume limitation of the Federal Rules of Appellate Procedure. As measured by the word processing system used to prepare it, this memorandum contains 437 words.